UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

JUSTIN BLAKE,

    Plaintiff,

v.

DAVID BETH in his individual capacity and official capacity, COUNTY OF KENOSHA a municipal corporation, KYLE BISSONNETTE in his official capacity, JACOB DiCELLO in his official capacity, GLORIA GALVAN in her official capacity, DEREEMEYUN HAYNES in his official capacity JEREMY MAY in his official capacity, JOHN DOE OFFICERS in the Kenosha County Sheriff's Department 1-10, WISCONSIN COUNTY MUTUAL INSURANCE COMPANY, and
ABC INSURANCE COMPANY,

    Defendants.

Case No.: 22-CV-0970

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Nathaniel Cade, Jr., Annalisa Pusick and Antonique Williams of Cade Law Group LLC hereby enters their appearance on behalf of Plaintiff JUSTIN BLAKE as co-counsel with Kimberly Motley. All future pleadings, notices and other matters in this action should be directed to me at the address indicated below. I certify that I am a member in good standing of the bar of this court.

Dated this 24th day of August, 2022.

    **CADE LAW GROUP LLC**

    By: *s/ Nathaniel Cade, Jr.*
    Nathaniel Cade, Jr.
    P.O. Box 170887
    Milwaukee, WI 53217
    (414) 255-3802 (phone)
    nate@cade-law.com

    Attorneys for Plaintiff Justin Blake