## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

JUSTIN BLAKE,

      Plaintiff,

v.                                       Case No. 22 CV 970

DAVID BETH, in his individual capacity and official
Capacity, COUNTY OF KENOSHA a municipal
corporation, KYLE BISSONNETTE in his individual
and official capacity, JACOB DiCELLO in his individual
and official capacity, GLORIA GALVAN in her individual
and official capacity, DEREEMEYUN HAYNES in his
individual and official capacity, JEREMY MAY in his
individual and official capacity, JESSICA BERGMANN in
her individual and official capacity, NAPHCARE JOHN DOE
OFFICERS in the Kenosha County Sheriff's Department 1-10,
WISCONSIN COUNTY MUTUAL INSURANCE COMPANY,
ABC INSURANCE COMPANY, and XYZ INSURANCE
COMPANY,

      Defendants.

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Borgelt, Powell, Peterson & Frauen, S.C., by Attorney Brian W. Baird, has been retained by and appears for the Defendant Jessica Bergmann in the above-captioned action and requests that copies of any documentation related to same, be served upon him through the Court's electronic notification system or, in the alternative, at his offices at Borgelt, Powell, Peterson & Frauen, S.C., The Pabst Boiler House, 1243 N. 10th Street, Suite 300, Milwaukee, Wisconsin 53205.

Dated: March 15, 2023

**BORGELT, POWELL, PETERSON & FRAUEN, S.C.**
Attorneys for Defendant Jessica Bergmann

By:    <u>s/Brian W. Baird</u>
       Brian W. Baird
       State Bar Number: 1048532
       bwbaird@borgelt.com
       The Pabst Boiler House
       1243 N. 10th St., #300
       Milwaukee, WI 53205
       Tel:    414-276-3600
       Fax:    414-276-0172

2