UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JUSTIN BLAKE,<br>          Plaintiff,<br>v.<br><br>DAVID BETH, in his individual capacity and official Capacity, COUNTY OF KENOSHA a municipal corporation, KYLE BISSONNETTE in his individual and official capacity, JACOB DiCELLO in his individual and official capacity, GLORIA GALVAN in her individual and official capacity, DEREEMEYUN HAYNES in his individual and official capacity, JEREMY MAY in his individual and official capacity, JESSICA BERGMANN in her individual and official capacity, NAPHCARE JOHN DOE OFFICERS in the Kenosha County Sheriff's Department 1-10, WISCONSIN COUNTY MUTUAL INSURANCE COMPANY, ABC INSURANCE COMPANY, and XYZ INSURANCE COMPANY,<br>          Defendants. | Case No.: 22 CV 970 |

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE EXPERT WITNESS LIST**

Plaintiff Justin Blake ("Blake" or "Plaintiff"), by and through its undersigned counsel, Cade Law Group LLC and Motley Legal Services, files this motion requesting a forty-five (45) day extension to file Blake's Expert Witness list after the Hon. Pamela Pepper issues a decision regarding's Blakes's Motion for Leave to Amend the Complaint. . Plaintiff seeks an extension for the following reasons:

    1.    Counsel for Plaintiff filed a Motion for Leave to Amend on March 15, 2023. Defendant's Counsel wrote a letter on April 17, 2023 informing the Court that that Defendants David G. Beth, County of Kenosha, Kyle Bissonnette, Jacob DiCello, Gloria

1

Case 2:22-cv-00970-PP   Filed 06/15/23   Page 1 of 2   Document 31

Galvan, Dereemeyum Haynes, Jeremy May, John Doe Officers in the Kenosha County Sheriff's Department 1-10, and Wisconsin did not oppose Plaintiff's motion.

2. On April 29, 2023, Blake requested that the Court issue a Summons to the Kenosha Visiting Nurse Association.

3. The Court has yet to issue an order regarding the Motion for Leave to Amend the Complaint.

WHEREFORE, for the foregoing reasons, Plaintiff very respectfully requests that the Court grant its motion for an extension of time of forty-five days (45) after the Honorable Pamela Pepper issues her decision regarding Blake's Motion for Leave to Amend the Complaint, to file its Expert Witness List.

Dated this 15th day of June, 2023.

**CADE LAW GROUP LLC**

By: /s/Antonique C. Williams
Nathaniel Cade, Jr., SBN 1028115
Annalisa Pusick, SBN 1116379
Antonique C. Williams, SBN 1051850
P.O. Box 170887
Milwaukee, WI 53217
(414) 255-3802 (phone)
(414) 255-3804 (fax)
nate@cade-law.com
annalisa@cade-law.com
antoniquie@cade-law.com

Attorneys for Plaintiff

**MOTLEY LEGAL SERVICES**

By: s/ Kimberley Cy. Motley
Kimberley Cy. Motley, SBN1047193
Telephone: (704)763-5413
kmotley@motleylegal.com

Attorneys for Plaintiff