UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

JUSTIN BLAKE,

             Plaintiff,

                                Case No. 22-cv-970

    v.

DAVID BETH, *et al.*,

             Defendants.


_____

**STIPULATED REQUEST TO AMEND SCHEDULING ORDER**

_____

The parties submit this stipulated request to amend the current Scheduling

Order (DKT #19) to the following:

The plaintiff shall disclose expert witnesses by March 1, 2024.

The defendants shall disclose expert witnesses May 31, 2024.

The parties shall complete discovery by August 2, 2024

All dispositive motions shall be due by August 2, 2024.


Dated in Milwaukee, Wisconsin this 26th day of September 2023.


MOTLEY LEGAL SERVICES

s:/ Kimberley Cy. Motley
Kimberley Cy. Motley
Wisconsin State Bar No.: 1047193
Telephone: (704) 763-5413
Email: kmotley@motleylegal.com
Attorney for Plaintiff Justin Blake

CRIVELLO NICHOLS & HALL SC

s:/Samuel C. Hall, Jr.
Samuel C. Hall, Jr.
Wisconsin State Bar No.: 1045476
Telephone : (414) 290-7587
Email : SHall@CrivelloLaw.com
Attorney for Defendant Officers, County of Kenosha, and Wisconsin County Mutual
　　　　Insurance


BORGELT, POWELL, PETERSON & FRAUEN SC

s:/Brian Baird
Brian Baird
Wisconsin State Bar No.: 1048532
Telephone : (414) 287-9184
Email : bwbaird@borgelt.com
Attorney for Defendants Jessica Bergmann, VNCC, and KVNA

cc:　　All Counsel of Record (via ECF)