_____

JUSTIN BLAKE,

          Plaintiff,

                                                                             Case No. 22-cv-970

   v.

DAVID BETH, *et al.*,

          Defendants.

_____

## AMENDED SCHEDULING ORDER

Upon the stipulation by and between the Plaintiff Justin Blake, through counsel, Attorney Kimberley Cy. Motley; Defendant Officers, County of Kenosha, and Wisconsin County Mutual Insurance, through counsel, Attorney Samuel C. Hall; and Defendants Jessica Bergmann, VNCC, and KVNA through counsel, Attorney Brian Baird the court hereby amends the current scheduling Order (DKT #19) and amends it as follows:

The plaintiff shall disclose expert witnesses by March 1, 2024.

The defendants shall disclose expert witnesses May 31, 2024.

The parties shall complete discovery by August 2, 2024

All dispositive motions shall be due by August 2, 2024.

Dated: September this 26th day of 2023

                                BY THE COURT:

                                _____
                                Honorable Pamela Pepper
                                U.S. District Court Chief Judge