UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

JUSTIN BLAKE,

          Plaintiff,

                                          Case No. 22-cv-970

   v.

DAVID BETH, *et al.*,

          Defendants.

_____

## STIPULATED REQUEST TO AMEND SCHEDULING ORDER

The parties submit this stipulated request to amend the current Scheduling Order (DKT #39) to the following:

The plaintiff shall disclose expert witnesses by March 22, 2024.

The defendants shall disclose expert witnesses June 21, 2024.

The parties shall complete discovery by August 2, 2024

All dispositive motions shall be due by August 16, 2024.

Dated in Milwaukee, Wisconsin this 27th day of February 2024.

MOTLEY LEGAL SERVICES

s:/ Kimberley Cy. Motley
Kimberley Cy. Motley
Wisconsin State Bar No.: 1047193
Telephone: (704) 763-5413
Email: kmotley@motleylegal.com
Attorney for Plaintiff Justin Blake

CRIVELLO NICHOLS & HALL SC

s:/Brianna J. Meyer
Brianna J. Meyer
Wisconsin State Bar No.: 1098293
Telephone : (414) 290-7587
Email : BMeyer@CrivelloLaw.com
Attorney for Defendant Officers, County of Kenosha, and Wisconsin County Mutual
    Insurance


BORGELT, POWELL, PETERSON & FRAUEN SC

s:/Brian Baird
Brian Baird
Wisconsin State Bar No.: 1048532
Telephone : (414) 287-9184
Email : bwbaird@borgelt.com
Attorney for Defendants Jessica Bergmann, VNCC, and KVNA