**From:** kmotley motleylegal.com kmotley@motleylegal.com  📎
**Subject:** Re: Blake
**Date:** February 28, 2024 at 7:29 PM
**To:** Meyer, Brianna J. BMeyer@CrivelloLaw.com, Kosmeder, Stephanie N. SKosmeder@CrivelloLaw.com, nate@cade-law.com, Annalisa Pusick annalisa@cade-law.com
**Cc:** McGaver, Steven C. SMcGaver@CrivelloLaw.com, Rosa, DeAnn DRosa@CrivelloLaw.com, Waterstraat, Jennifer A. JWaterstraat@CrivelloLaw.com, BWBaird@Borgelt.com

Great Brianna,

So, I will schedule the officers, Corporate Depos, County, & Insurance for April 15th onwards.

Brian, I am wondering if how April 15th onwards works for your clients as well.

Thanks!

Kim

---

**From:** Meyer, Brianna J. <BMeyer@CrivelloLaw.com>
**Sent:** Tuesday, February 27, 2024 4:42 PM
**To:** kmotley motleylegal.com <kmotley@motleylegal.com>; Kosmeder, Stephanie N. <SKosmeder@CrivelloLaw.com>; nate@cade-law.com <nate@cade-law.com>; Annalisa Pusick <annalisa@cade-law.com>
**Cc:** McGaver, Steven C. <SMcGaver@CrivelloLaw.com>; Rosa, DeAnn <DRosa@CrivelloLaw.com>; Waterstraat, Jennifer A. <JWaterstraat@CrivelloLaw.com>; BWBaird@Borgelt.com <BWBaird@Borgelt.com>
**Subject:** RE: Blake

Thank you, Kim.

I am in trial both weeks of March 25 and April 1 and (finally) on vacation April 8. The rest of my April is pretty much wide open.

Sorry about that, let me know if those later dates work for you.

**Brianna J. Meyer | Shareholder**
BMeyer@CrivelloLaw.com
Direct:414-290-7519

 
BIO    VCARD



**Crivello, Nichols & Hall, S.C.**
710 North Plankinton Avenue Suite 500
Milwaukee, Wisconsin 53203
Main:414-271-7722
Fax: 414-271-4438
CrivelloLaw.com

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Section 2510-22. This email is a communication by or on behalf of an attorney, and may contain privileged communications or information. Unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender, or reply by e-mail and delete all copies of the message. Thank you.

---

**From:** kmotley motleylegal.com <kmotley@motleylegal.com>
**Sent:** Tuesday, February 27, 2024 3:40 PM
**To:** Meyer, Brianna J. <BMeyer@CrivelloLaw.com>; Kosmeder, Stephanie N. <SKosmeder@CrivelloLaw.com>; nate@cade-law.com; Annalisa Pusick <annalisa@cade-law.com>
**Cc:** McGaver, Steven C. <SMcGaver@CrivelloLaw.com>; Rosa, DeAnn <DRosa@CrivelloLaw.com>; Waterstraat, Jennifer A. <JWaterstraat@CrivelloLaw.com>; BWBaird@Borgelt.com
**Subject:** Re: Blake

Hello Brianna and Brian,

Please note that we would like to schedule depositions of the Defendant Officers, Corporate Depositions, and of Ms. Bergmann.  I am looking to try to schedule them the week of March 25th and the weeks of Apri 1st and 8th l 2024.  Please let me know what their schedule looks like.

Additionally, I am writing to provide Plaintiffs responses to the 1st RPD and 1st Interrogatories.    Thank you for your time and have a great day!

Warm regards,
Kim

---

**From:** Meyer, Brianna J. <BMeyer@CrivelloLaw.com>
**Sent:** Thursday, February 15, 2024 5:20 PM
**To:** kmotley motleylegal.com <kmotley@motleylegal.com>; Kosmeder, Stephanie N. <SKosmeder@CrivelloLaw.com>; nate@cade-law.com <nate@cade-law.com>; Annalisa Pusick <annalisa@cade-law.com>
**Cc:** McGaver, Steven C. <SMcGaver@CrivelloLaw.com>; Rosa, DeAnn <DRosa@CrivelloLaw.com>; Waterstraat, Jennifer A. <JWaterstraat@CrivelloLaw.com>; BWBaird@Borgelt.com <BWBaird@Borgelt.com>
**Subject:** RE: Blake

No problem, Kim. Thank you!

We are just going through the employee files you requested and should be producing soon.

**Brianna J. Meyer | Shareholder**

BMeyer@CrivelloLaw.com
Direct:414-290-7519

 
BIO        VCARD



**Crivello, Nichols & Hall, S.C.**

710 North Plankinton Avenue Suite 500
Milwaukee, Wisconsin 53203
Main:414-271-7722
Fax: 414-271-4438
CrivelloLaw.com

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Section 2510-22. This email is a communication by or on behalf of an attorney, and may contain privileged communications or information. Unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender, or reply by e-mail and delete all copies of the message. Thank you.

---

**From:** kmotley motleylegal.com <kmotley@motleylegal.com>
**Sent:** Thursday, February 15, 2024 4:11 PM
**To:** Kosmeder, Stephanie N. <SKosmeder@CrivelloLaw.com>; nate@cade-law.com; Annalisa Pusick <annalisa@cade-law.com>
**Cc:** McGaver, Steven C. <SMcGaver@CrivelloLaw.com>; Rosa, DeAnn <DRosa@CrivelloLaw.com>; Waterstraat, Jennifer A. <JWaterstraat@CrivelloLaw.com>; Meyer, Brianna J. <BMeyer@CrivelloLaw.com>; BWBaird@Borgelt.com
**Subject:** Re: Blake

Counsels,

Please find attached for your records PL Responses to Defendant Officers & County First Request for Admissions.

We are still working on the 1st Request for Production of Documents and the 1st Request for Interrogatories. We plan to have our responses to you no later than February 23, 2024. Please confirm if you have any issues with regards to our request for an additional eight days to respond to the RPD and Interrogatories. Thank you in advance.

Warm regards,
Kim

---

**From:** Kosmeder, Stephanie N. <SKosmeder@CrivelloLaw.com>
**Sent:** Wednesday, January 17, 2024 11:39 AM
**To:** kmotley motleylegal.com <kmotley@motleylegal.com>; nate@cade-law.com <nate@cade-law.com>
**Cc:** McGaver, Steven C. <SMcGaver@CrivelloLaw.com>; Rosa, DeAnn <DRosa@CrivelloLaw.com>; Waterstraat, Jennifer A. <JWaterstraat@CrivelloLaw.com>; Meyer, Brianna J. <BMeyer@CrivelloLaw.com>; BWBaird@Borgelt.com <BWBaird@Borgelt.com>
**Subject:** Blake

Good Morning,

Attached please find correspondence from Attorney Bri Meyer along with Defendants First Set of Requests for Admissions, Interrogatories and Requests for Production of Documents to Plaintiffs and Defendants Response to Plaintiff's Fifth Requests for Production and Second Set of Interrogatories. Below via Sharefile please find the documents responsive to Plaintiff's Fifth Requests for Production. Thank you.

---

Crivello, Nichols & Hall, S.C.. Sharefile Attachments

Expires July 15, 2024

1Z17575-documents responsive to pltf fift...273.PDF   308.4 KB

Download Attachments

Download Attachments

**Stephanie N. Kosmeder** | **Paralegal-Legal Assistant**

SKosmeder@CrivelloLaw.com
Direct:414-615-8416



**Crivello, Nichols & Hall, S.C.**

710 North Plankinton Avenue Suite 500
Milwaukee, Wisconsin 53203
Main:414-271-7722
Fax: 414-271-4438
CrivelloLaw.com

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Section 2510-22. This email is a communication by or on behalf of an attorney, and may contain privileged communications or information. Unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender, or reply by e-mail and delete all copies of the message. Thank you.

This electronic mail message is intended exclusively for the individual or entity to which it is addressed. This message, together with any attachment, may contain confidential and privileged information. Any views, opinions or conclusions expressed in this message are those of the individual sender and do not necessarily reflect the views of motleylegal.com., and their affiliates. Any unauthorized review, use, printing, copying, retention, disclosure or distribution is strictly prohibited. If you have received this message in error, please immediately advise the sender by replying to this email and delete all copies of this message. This electronic mail message is intended exclusively for the individual or entity to which it is addressed. This message, together with any attachment, may contain confidential and privileged information. Any views, opinions or conclusions expressed in this message are those of the individual sender and do not necessarily reflect the views of motleylegal.com., and their affiliates. Any unauthorized review, use, printing, copying, retention, disclosure or distribution is strictly prohibited. If you have received this message in error, please immediately advise the sender by replying to this email and delete all copies of this message.
This electronic mail message is intended exclusively for the individual or entity to which it is addressed. This message, together with any attachment, may contain confidential and privileged information. Any views, opinions or conclusions expressed in this message are those of the individual sender and do not necessarily reflect the views of motleylegal.com., and their affiliates. Any unauthorized review, use, printing, copying, retention, disclosure or distribution is strictly prohibited. If you have received this message in error, please immediately advise the sender by replying to this email and delete all copies of this message. This electronic mail message is intended exclusively for the individual or entity to which it is addressed. This message, together with any attachment, may contain confidential and privileged information. Any views, opinions or conclusions expressed in this message are those of the individual sender and do not necessarily reflect the views of motleylegal.com., and their affiliates. Any unauthorized review, use, printing, copying, retention, disclosure or distribution is strictly prohibited. If you have received this message in error, please immediately advise the sender by replying to this email and delete all copies of this message.
This electronic mail message is intended exclusively for the individual or entity to which it is addressed. This message, together with any attachment, may contain confidential and privileged information. Any views, opinions or conclusions expressed in this message are those of the individual sender and do not necessarily reflect the views of motleylegal.com., and their affiliates. Any unauthorized review, use, printing, copying, retention, disclosure or distribution is strictly prohibited. If you have received this message in error, please immediately advise the sender by replying to this email and delete all copies of this message.