**From:** kmotley motleylegal.com  kmotley@motleylegal.com
**Subject:** NOD - Week of April 14, 2024
**Date:** March 13, 2024 at 9:04 PM
**To:** BWBaird@Borgelt.com bwbaird@borgelt.com, Meyer, Brianna J. BMeyer@CrivelloLaw.com, Hall Samuel C. SHall@CrivelloCarlson.com, Annalisa Pusick annalisa@cade-law.com, Kosmeder, Stephanie N. SKosmeder@CrivelloLaw.com, Nathaniel Cade nate@cade-law.com

Hello Brianna,

Please find attached for your review NOD for all the Defendants and 30b6 for Kenosha County the week of April 14, 2024. If there are any questions or concerns, please let us know.

--
Best,

Kim

Kimberley Cy Motley, Esq.
C.E.O. / Founding Partner
Motley Legal Services
Afghan Mobile : 93 (0) 788 887 887
Intl. Number : 1 (704) 765 - 4887
US Mobile : 1 (704) 763-5413
[motleylegal.com](motleylegal.com)

DISCLAIMER
This is a transmission from Motley Legal Services and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges and is intended solely for the use of the individual(s) to whom it is addressed. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please telephone or email the sender immediately and delete the original message and any copy of it from your computer system. If you have any questions concerning this message, please contact the sender.

NOD - Haynes.pdf   NOD - Beth.pdf   NOD - Bissonette.pdf   NOD - DiCello.pdf   NOD - Galvan, Gloria.pdf   NOD - May.pdf

NOD 30b6 - Kenosh...nty.pdf