**From:** Meyer, Brianna J. BMeyer@CrivelloLaw.com 📎
**Subject:** RE: Blake
**Date:** April 5, 2024 at 5:47 PM
**To:** kmotley motleylegal.com kmotley@motleylegal.com, Kosmeder, Stephanie N. SKosmeder@CrivelloLaw.com, Baird, Brian W BWBaird@Borgelt.com, nate@cade-law.com, Annalisa Pusick annalisa@cade-law.com
**Cc:** McGaver, Steven C. SMcGaver@CrivelloLaw.com, Rosa, DeAnn DRosa@CrivelloLaw.com, Waterstraat, Jennifer A. JWaterstraat@CrivelloLaw.com

Hi –

The email on 2/27 was to confirm weeks that were completely off the table for me. I certainly did not represent that every day and every time slot following those weeks was wide open for me and our clients. Right now I can relay to you that the following dates work:

Beth – April 16 at 1pm
May – April 17 at 10am
Galvin – April 25 at 2:30pm

I am completely out of office next week and will not be available, but Stephanie is working on getting additional dates and will let you know if anything else is confirmed.

**Brianna J. Meyer | Shareholder**

BMeyer@CrivelloLaw.com
Direct:414-290-7519

 



**Crivello, Nichols & Hall, S.C.**

710 North Plankinton Avenue Suite 500
Milwaukee, Wisconsin 53203
Main:414-271-7722
Fax: 414-271-4438
CrivelloLaw.com

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Section 2510-22. This email is a communication by or on behalf of an attorney, and may contain privileged communications or information. Unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender, or reply by e-mail and delete all copies of the message. Thank you.

**From:** kmotley motleylegal.com <kmotley@motleylegal.com>
**Sent:** Thursday, April 4, 2024 2:24 PM
**To:** Kosmeder, Stephanie N. <SKosmeder@CrivelloLaw.com>; Baird, Brian W <BWBaird@Borgelt.com>; Meyer, Brianna J. <BMeyer@CrivelloLaw.com>; nate@cade-law.com; Annalisa Pusick <annalisa@cade-law.com>
**Cc:** McGaver, Steven C. <SMcGaver@CrivelloLaw.com>; Rosa, DeAnn <DRosa@CrivelloLaw.com>; Waterstraat, Jennifer A. <JWaterstraat@CrivelloLaw.com>
**Subject:** Re: Blake

Hello Brianna,

Based on your email of 2/27/24 I understood that you were free to conduct depos from April 9th onwards. Per your letter we received with the discovery the depos for several of the defendants are at issue. At present, for your clients we have May scheduled for 4/17 and Galvan scheduled for 4/25.

Please let me know by 4pm tomorrow (4/5/24) what dates work for Beth, DiCello, Bissonette 4/19 does not work, and Hayes. Also let us know who will be taking the deposition for the County which is scheduled for 4/16 at 9:00a.m.

Thank you in advance.

Regards,
Kim

**From:** kmotley motleylegal.com <kmotley@motleylegal.com>
**Sent:** Wednesday, March 13, 2024 9:19 PM
**To:** Kosmeder, Stephanie N. <SKosmeder@CrivelloLaw.com>; Baird, Brian W <BWBaird@Borgelt.com>; Meyer, Brianna J. <BMeyer@CrivelloLaw.com>; nate@cade-law.com <nate@cade-law.com>; Annalisa Pusick <annalisa@cade-law.com>
**Cc:** McGaver, Steven C. <SMcGaver@CrivelloLaw.com>; Rosa, DeAnn <DRosa@CrivelloLaw.com>; Waterstraat, Jennifer A. <JWaterstraat@CrivelloLaw.com>
**Subject:** Re: Blake

**Subject:** Re: Blake

Hello Brianna,

I am reaching out again regarding your emails of 1/11/24 and 2/15/24 discovery is long overdue. When can we expect to receive the outstanding documents?

Regards,
Kim

---

**From:** Kosmeder, Stephanie N. <<u>SKosmeder@CrivelloLaw.com</u>>
**Sent:** Wednesday, March 13, 2024 9:37 AM
**To:** Baird, Brian W <<u>bwbaird@borgelt.com</u>>; kmotley motleylegal.com <<u>kmotley@motleylegal.com</u>>; Meyer, Brianna J. <<u>BMeyer@CrivelloLaw.com</u>>; <u>nate@cade-law.com</u> <<u>nate@cade-law.com</u>>; Annalisa Pusick <<u>annalisa@cade-law.com</u>>
**Cc:** McGaver, Steven C. <<u>SMcGaver@CrivelloLaw.com</u>>; Rosa, DeAnn <<u>DRosa@CrivelloLaw.com</u>>; Waterstraat, Jennifer A. <<u>JWaterstraat@CrivelloLaw.com</u>>
**Subject:** RE: Blake

Good Morning,

Jeremy May is available on April 17 at 10 a.m. for his deposition.

Thank you.

**Stephanie N. Kosmeder** | **Paralegal-Legal Assistant**
<u>SKosmeder@CrivelloLaw.com</u>
Direct:414-615-8416



**Crivello, Nichols & Hall, S.C.**

710 North Plankinton Avenue Suite 500
Milwaukee, Wisconsin 53203
Main:414-271-7722
Fax: 414-271-4438
<u>CrivelloLaw.com</u>

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Section 2510-22. This email is a communication by or on behalf of an attorney, and may contain privileged communications or information. Unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender, or reply by e-mail and delete all copies of the message. Thank you.

---

**From:** Baird, Brian W <<u>bwbaird@borgelt.com</u>>
**Sent:** Thursday, February 29, 2024 3:59 PM
**To:** kmotley motleylegal.com <<u>kmotley@motleylegal.com</u>>; Meyer, Brianna J. <<u>BMeyer@CrivelloLaw.com</u>>; Kosmeder, Stephanie N. <<u>SKosmeder@CrivelloLaw.com</u>>; <u>nate@cade-law.com</u>; Annalisa Pusick <<u>annalisa@cade-law.com</u>>
**Cc:** McGaver, Steven C. <<u>SMcGaver@CrivelloLaw.com</u>>; Rosa, DeAnn <<u>DRosa@CrivelloLaw.com</u>>; Waterstraat, Jennifer A. <<u>JWaterstraat@CrivelloLaw.com</u>>
**Subject:** RE: Blake

Bergmann is available during my dates, April 15-17, 25-26, and 29-May 3.



**Brian W. Baird**
Attorney

**Direct:** 414-287-9184
**Email:** <u>bwbaird@borgelt.com</u>

1243 N. 10th St., Suite 300
Milwaukee, WI 53205

<u>www.borgelt.com</u>

---

**From:** Baird, Brian W
**Sent:** Thursday, February 29, 2024 6:44 AM
**To:** kmotley motleylegal.com <<u>kmotley@motleylegal.com</u>>; Meyer, Brianna J. <<u>BMeyer@CrivelloLaw.com</u>>; Kosmeder, Stephanie N. <<u>SKosmeder@CrivelloLaw.com</u>>; <u>nate@cade-law.com</u>; Annalisa Pusick <<u>annalisa@cade-law.com</u>>
**Cc:** McGaver, Steven C. <<u>SMcGaver@CrivelloLaw.com</u>>; Rosa, DeAnn <<u>DRosa@CrivelloLaw.com</u>>; Waterstraat, Jennifer A. <<u>JWaterstraat@CrivelloLaw.com</u>>
**Subject:** RE: Blake

I will check with Bergmann regarding her availability. My calendar is available April 15-17, 25-26, and 29-May 3.



**Brian W. Baird**
Attorney
**Direct:** 414-287-9184
**Email:** bwbaird@borgelt.com

1243 N. 10th St., Suite 300
Milwaukee, WI 53205

www.borgelt.com

---

**From:** kmotley motleylegal.com <kmotley@motleylegal.com>
**Sent:** Wednesday, February 28, 2024 6:29 PM
**To:** Meyer, Brianna J. <BMeyer@CrivelloLaw.com>; Kosmeder, Stephanie N. <SKosmeder@CrivelloLaw.com>; nate@cade-law.com; Annalisa Pusick <annalisa@cade-law.com>
**Cc:** McGaver, Steven C. <SMcGaver@CrivelloLaw.com>; Rosa, DeAnn <DRosa@CrivelloLaw.com>; Waterstraat, Jennifer A. <JWaterstraat@CrivelloLaw.com>; Baird, Brian W <bwbaird@borgelt.com>
**Subject:** Re: Blake

Great Brianna,

So, I will schedule the officers, Corporate Depos, County, & Insurance for April 15th onwards.

Brian, I am wondering if how April 15th onwards works for your clients as well.

Thanks!

Kim

---

**From:** Meyer, Brianna J. <BMeyer@CrivelloLaw.com>
**Sent:** Tuesday, February 27, 2024 4:42 PM
**To:** kmotley motleylegal.com <kmotley@motleylegal.com>; Kosmeder, Stephanie N. <SKosmeder@CrivelloLaw.com>; nate@cade-law.com <nate@cade-law.com>; Annalisa Pusick <annalisa@cade-law.com>
**Cc:** McGaver, Steven C. <SMcGaver@CrivelloLaw.com>; Rosa, DeAnn <DRosa@CrivelloLaw.com>; Waterstraat, Jennifer A. <JWaterstraat@CrivelloLaw.com>; BWBaird@Borgelt.com <BWBaird@Borgelt.com>
**Subject:** RE: Blake

Thank you, Kim.

I am in trial both weeks of March 25 and April 1 and (finally) on vacation April 8. The rest of my April is pretty much wide open.

Sorry about that, let me know if those later dates work for you.

**Brianna J. Meyer | Shareholder**

BMeyer@CrivelloLaw.com
Direct:414-290-7519


BIO


VCARD



**Crivello, Nichols & Hall, S.C.**

710 North Plankinton Avenue Suite 500
Milwaukee, Wisconsin 53203
Main:414-271-7722
Fax: 414-271-4438
CrivelloLaw.com

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Section 2510-22. This email is a communication by or on behalf of an attorney, and may contain privileged communications or information. Unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender, or reply by e-mail and delete all copies of the message. Thank you.

---

**From:** kmotley motleylegal.com <kmotley@motleylegal.com>
**Sent:** Tuesday, February 27, 2024 3:40 PM

**To:** Meyer, Brianna J. <BMeyer@CrivelloLaw.com>; Kosmeder, Stephanie N. <SKosmeder@CrivelloLaw.com>; nate@cade-law.com; Annalisa Pusick <annalisa@cade-law.com>
**Cc:** McGaver, Steven C. <SMcGaver@CrivelloLaw.com>; Rosa, DeAnn <DRosa@CrivelloLaw.com>; Waterstraat, Jennifer A. <JWaterstraat@CrivelloLaw.com>; BWBaird@Borgelt.com
**Subject:** Re: Blake

Hello Brianna and Brian,

Please note that we would like to schedule depositions of the Defendant Officers, Corporate Depositions, and of Ms. Bergmann.  I am looking to try to schedule them the week of March 25th and the weeks of Apri 1st and 8th l 2024.  Please let me know what their schedule looks like.

Additionally, I am writing to provide Plaintiffs responses to the 1st RPD and 1st Interrogatories.    Thank you for your time and have a great day!

Warm regards,
Kim

**From:** Meyer, Brianna J. <BMeyer@CrivelloLaw.com>
**Sent:** Thursday, February 15, 2024 5:20 PM
**To:** kmotley motleylegal.com <kmotley@motleylegal.com>; Kosmeder, Stephanie N. <SKosmeder@CrivelloLaw.com>; nate@cade-law.com <nate@cade-law.com>; Annalisa Pusick <annalisa@cade-law.com>
**Cc:** McGaver, Steven C. <SMcGaver@CrivelloLaw.com>; Rosa, DeAnn <DRosa@CrivelloLaw.com>; Waterstraat, Jennifer A. <JWaterstraat@CrivelloLaw.com>; BWBaird@Borgelt.com <BWBaird@Borgelt.com>
**Subject:** RE: Blake

No problem, Kim. Thank you!

We are just going through the employee files you requested and should be producing soon.

**Brianna J. Meyer | Shareholder**

BMeyer@CrivelloLaw.com
Direct:414-290-7519

  



**Crivello, Nichols & Hall, S.C.**

710 North Plankinton Avenue Suite 500
Milwaukee, Wisconsin 53203
Main:414-271-7722
Fax: 414-271-4438
CrivelloLaw.com

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Section 2510-22. This email is a communication by or on behalf of an attorney, and may contain privileged communications or information. Unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender, or reply by e-mail and delete all copies of the message. Thank you.

**From:** kmotley motleylegal.com <kmotley@motleylegal.com>
**Sent:** Thursday, February 15, 2024 4:11 PM
**To:** Kosmeder, Stephanie N. <SKosmeder@CrivelloLaw.com>; nate@cade-law.com; Annalisa Pusick <annalisa@cade-law.com>
**Cc:** McGaver, Steven C. <SMcGaver@CrivelloLaw.com>; Rosa, DeAnn <DRosa@CrivelloLaw.com>; Waterstraat, Jennifer A. <JWaterstraat@CrivelloLaw.com>; Meyer, Brianna J. <BMeyer@CrivelloLaw.com>; BWBaird@Borgelt.com
**Subject:** Re: Blake

Counsels,

Please find attached for your records PL Responses to Defendant Officers & County First Request for Admissions.

We are still working on the 1st Request for Production of Documents and the 1st Request for Interrogatories. We plan to have our responses to you no later than February 23, 2024. Please confirm if you have any issues with regards to our request for an additional eight days to respond to the RPD and Interrogatories.  Thank you in advance.

Warm regards,

Kim

**From:** Kosmeder, Stephanie N. <SKosmeder@CrivelloLaw.com>

**Sent:** Wednesday, January 17, 2024 11:39 AM
**To:** kmotley [motleylegal.com](mailto:kmotley@motleylegal.com) <kmotley@motleylegal.com>; [nate@cade-law.com](mailto:nate@cade-law.com) <nate@cade-law.com>
**Cc:** McGaver, Steven C. <[SMcGaver@CrivelloLaw.com](mailto:SMcGaver@CrivelloLaw.com)>; Rosa, DeAnn <[DRosa@CrivelloLaw.com](mailto:DRosa@CrivelloLaw.com)>; Waterstraat, Jennifer A. <[JWaterstraat@CrivelloLaw.com](mailto:JWaterstraat@CrivelloLaw.com)>; Meyer, Brianna J. <[BMeyer@CrivelloLaw.com](mailto:BMeyer@CrivelloLaw.com)>; [BWBaird@Borgelt.com](mailto:BWBaird@Borgelt.com) <BWBaird@Borgelt.com>
**Subject:** Blake

Good Morning,

Attached please find correspondence from Attorney Bri Meyer along with Defendants First Set of Requests for Admissions, Interrogatories and Requests for Production of Documents to Plaintiffs and Defendants Response to Plaintiff's Fifth Requests for Production and Second Set of Interrogatories. Below via Sharefile please find the documents responsive to Plaintiff's Fifth Requests for Production. Thank you.

---

### Crivello, Nichols & Hall, S.C.. Sharefile Attachments

Expires July 15, 2024

1Z17575-documents responsive to pltf fift...273.PDF       308.4 KB

Download Attachments

---

**Stephanie N. Kosmeder ǀ Paralegal-Legal Assistant**
[SKosmeder@CrivelloLaw.com](mailto:SKosmeder@CrivelloLaw.com)
Direct:414-615-8416



**Crivello, Nichols & Hall, S.C.**
710 North Plankinton Avenue Suite 500
Milwaukee, Wisconsin 53203
Main:414-271-7722
Fax: 414-271-4438
[CrivelloLaw.com](http://CrivelloLaw.com)

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Section 2510-22. This email is a communication by or on behalf of an attorney, and may contain privileged communications or information. Unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender, or reply by e-mail and delete all copies of the message. Thank you.

This electronic mail message is intended exclusively for the individual or entity to which it is addressed. This message, together with any attachment, may contain confidential and privileged information. Any views, opinions or conclusions expressed in this message are those of the individual sender and do not necessarily reflect the views of [motleylegal.com](http://motleylegal.com)., and their affiliates. Any unauthorized review, use, printing, copying, retention, disclosure or distribution is strictly prohibited. If you have received this message in error, please immediately advise the sender by replying to this email and delete all copies of this message. This electronic mail message is intended exclusively for the individual or entity to which it is addressed. This message, together with any attachment, may contain confidential and privileged information. Any views, opinions or conclusions expressed in this message are those of the individual sender and do not necessarily reflect the views of [motleylegal.com](http://motleylegal.com)., and their affiliates. Any unauthorized review, use, printing, copying, retention, disclosure or distribution is strictly prohibited. If you have received this message in error, please immediately advise the sender by replying to this email and delete all copies of this message.

This electronic mail message is intended exclusively for the individual or entity to which it is addressed. This message, together with any attachment, may contain confidential and privileged information. Any views, opinions or conclusions expressed in this message are those of the individual sender and do not necessarily reflect the views of [motleylegal.com](http://motleylegal.com)., and their affiliates. Any unauthorized review, use, printing, copying, retention, disclosure or distribution is strictly prohibited. If you have received this message in error, please immediately advise the sender by replying to this email and delete all copies of this message. This electronic mail message is intended exclusively for the individual or entity to which it is addressed. This message, together with any attachment, may contain confidential and privileged information. Any views, opinions or conclusions expressed in this message are those of the individual sender and do not necessarily reflect the views of [motleylegal.com](http://motleylegal.com)., and their affiliates. Any unauthorized review, use, printing, copying, retention, disclosure or distribution is strictly prohibited. If you have received this message in error, please immediately advise the sender by replying to this email and delete all copies of this message.

This electronic mail message is intended exclusively for the individual or entity to which it is addressed. This message, together with any attachment, may contain confidential and privileged information. Any views, opinions or conclusions expressed in this message are those of the individual sender and do not necessarily reflect the views of [motleylegal.com](http://motleylegal.com)., and their affiliates. Any unauthorized review, use, printing, copying, retention, disclosure or distribution is strictly prohibited. If you have received this message in error, please immediately advise the sender by replying to this email and delete all copies of this message.

This electronic mail message is intended exclusively for the individual or entity to which it is addressed. This

This electronic mail message is intended exclusively for the individual or entity to which it is addressed. This message, together with any attachment, may contain confidential and privileged information. Any views, opinions or conclusions expressed in this message are those of the individual sender and do not necessarily reflect the views of motleylegal.com., and their affiliates. Any unauthorized review, use, printing, copying, retention, disclosure or distribution is strictly prohibited. If you have received this message in error, please immediately advise the sender by replying to this email and delete all copies of this message.

This electronic mail message is intended exclusively for the individual or entity to which it is addressed. This message, together with any attachment, may contain confidential and privileged information. Any views, opinions or conclusions expressed in this message are those of the individual sender and do not necessarily reflect the views of motleylegal.com., and their affiliates. Any unauthorized review, use, printing, copying, retention, disclosure or distribution is strictly prohibited. If you have received this message in error, please immediately advise the sender by replying to this email and delete all copies of this message.

This electronic mail message is intended exclusively for the individual or entity to which it is addressed. This message, together with any attachment, may contain confidential and privileged information. Any views, opinions or conclusions expressed in this message are those of the individual sender and do not necessarily reflect the views of motleylegal.com., and their affiliates. Any unauthorized review, use, printing, copying, retention, disclosure or distribution is strictly prohibited. If you have received this message in error, please immediately advise the sender by replying to this email and delete all copies of this message.

This electronic mail message is intended exclusively for the individual or entity to which it is addressed. This message, together with any attachment, may contain confidential and privileged information. Any views, opinions or conclusions expressed in this message are those of the individual sender and do not necessarily reflect the views of motleylegal.com., and their affiliates. Any unauthorized review, use, printing, copying, retention, disclosure or distribution is strictly prohibited. If you have received this message in error, please immediately advise the sender by replying to this email and delete all copies of this message.