IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

JUSTIN BLAKE,

    Plaintiff,

    v.                                                 Case No. 22-CV-970

DAVID BETH in his individual capacity and official capacity,
COUNTY OF KENOSHA a municipal corporation,
KYLE BISSONNETTE in his official capacity,
JACOB DiCELLO in his official capacity,
GLORIA GALVAN in her official capacity,
DEREEMEYUN HAYNES in his official capacity
JEREMY MAY in his official capacity,
JESSICA BERGMANN in her individual and official capacity,
VISITING NURSE CARE, INC.,
KENOSHA VISITING NURSE ASSOCIATION,
JOHN DOE OFFICERS in the Kenosha County Sheriff's Department 1-10,
JANE DOE MEDICAL PROFESSIONALS in their individual and official acpacities
WISCONSIN COUNTY MUTUAL INSURANCE COMPANY, and
ABC INSURANCE COMPANY,

    Defendants.

## DECLARATION OF BRIANNA J. MEYER

    I, Brianna J. Meyer declare pursuant to 28 U.S.C. §1746, and under penalty of perjury that the following is true and correct:

    1.    I am an attorney licensed to practice and am in good standing in the State of Wisconsin.

1

2. I am one of the attorneys representing defendants David Beth, County of Kenosha, Kyle Bissonnette, Jacob DiCello, Gloria Galvan, Dereemeyun Haynes, Jeremy May and Wisconsin Municipal Mutual Insurance Company in the above-captioned matter.

3. I make this declaration based upon my personal knowledge of the facts attested to herein.

4. Attached hereto as Exhibit A is a true and correct copy of the October 21, 2022, and October 28, 2022, emails regarding representation of insurance company and naming the insurance company.

5. Attached hereto as Exhibit B is a true and correct copy of The County Defendants Answers to Plaintiff's First Set of Requests to Admit, Interrogatories and Requests for Production.

6. Attached hereto as Exhibit C is a true and correct copy of the March 2, 2023, email exchange regarding naming the correct insurance company.

    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of May 2024.

    s/ Brianna J. Meyer
    BRIANNA J. MEYER
    State Bar No. 1098293