| | |
|---|---|
| **From:** | Nathaniel Cade |
| **To:** | Hall, Samuel C.; McGaver, Steven C.; Meyer, Brianna J. |
| **Cc:** | Other; Other; Work |
| **Subject:** | Re: Blake v. Beth et al. (22-cv-0970-pp) |
| **Date:** | Friday, October 28, 2022 1:42:27 PM |
| **Attachments:** | image001.png<br>biocc_93785f5f-ed97-44c3-b4d6-5b1caa34746d.png<br>vcardcc_043e3bb0-e5e2-4373-8ce7-c0d94f1c7161.png<br>ccclear_34872598-c773-474b-a10a-fafc8807566f.png |

We will file a new one on the date set for amended pleadings.

**From:** Hall, Samuel C. <SHall@CrivelloCarlson.com>
**Date:** Friday, October 28, 2022 at 1:08 PM
**To:** Nathaniel Cade <nate@cade-law.com>, McGaver, Steven C. <SMcGaver@CrivelloCarlson.com>, Meyer, Brianna J. <BMeyer@CrivelloCarlson.com>
**Cc:** Other <kmotley@motleylegal.com>, Other <antonique@cade-law.com>, Work <annalisa@cade-law.com>
**Subject:** RE: Blake v. Beth et al. (22-cv-0970-pp)

Hi Nate –
Bri will be getting into contact with you on the joint discovery plan.
On the insurance company issue, we are representing the County's insurance carrier, but you have the wrong insurance company identified. Kenosha County's insurance company is Wisconsin Municipal Mutual Insurance Company. Will you consider filing an amended complaint to correct that?
Thanks,
Sam

**Samuel C. Hall, Jr. | Managing Partner**
SHall@CrivelloCarlson.com
Direct: 414-290-7587




**Crivello Carlson, S.C.**
710 North Plankinton Avenue
Suite 500
Milwaukee, Wisconsin 53203
Main:414-271-7722
Fax: 414-271-4438
www.crivellocarlson.com

Licensed in state and/or federal courts in Wisconsin, Illinois, New York, Kentucky, Texas, Pennsylvania and Washington, D.C.

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Section 2510-22. This email is a communication by or on behalf of an attorney, and may contained privileged communications or information. Unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender, or reply by e-mail and delete all copies of the message. Thank you.

**From:** Nathaniel Cade <nate@cade-law.com>
**Sent:** Friday, October 21, 2022 6:15 PM
**To:** Hall, Samuel C. <SHall@CrivelloCarlson.com>; McGaver, Steven C. <SMcGaver@CrivelloCarlson.com>; Meyer, Brianna J. <BMeyer@CrivelloCarlson.com>
**Cc:** Other <kmotley@motleylegal.com>; Other <antonique@cade-law.com>; Work <annalisa@cade-law.com>
**Subject:** Blake v. Beth et al. (22-cv-0970-pp)

Counsel
Attached please find a draft Rule 26 joint report. Please advise if it meets with your approval.
BTW – in your answer, it looks like you are representing the insurer, but for the signature page, the insurer is missing as a represented party. Please confirm whether you are or are not representing the insurer.
Have a good weekend.

**Nate Cade**



P.O. Box 170887, Milwaukee, WI 53217
[nate@cade-law.com](mailto:nate@cade-law.com) • [www.cade-law.com](http://www.cade-law.com)
Direct 414.255.3811 • Fax 414.255.380