| From: | Hall, Samuel C. |
|---|---|
| To: | kmotley motleylegal.com; Meyer, Brianna J.; McGaver, Steven C.; Nathaniel Cade; Antonique Williams; Annalisa Pusick |
| Subject: | RE: Motion for Leave to Amend - Justin Blake |
| Date: | Sunday, March 05, 2023 2:13:54 PM |
| Attachments: | image001.png<br>image002.png<br>image003.png<br>biocc_93785f5f-ed97-44c3-b4d6-5b1caa34746d.png<br>vcardcc_043e3bb0-e5e2-4373-8ce7-c0d94f1c7161.png<br>ccclear_34872598-c773-474b-a10a-fafc8807566f.png |

Hi Kim,

The proper insurance company is: Wisconsin Municipal Mutual Insurance Company.

Thanks,
Sam

**Samuel C. Hall, Jr. | Managing Partner**
SHall@CrivelloCarlson.com
Direct: 414-290-7587





**Crivello Carlson, S.C.**
710 North Plankinton Avenue
Suite 500
Milwaukee, Wisconsin 53203
Main: 414-271-7722
Fax: 414-271-4438
www.crivellocarlson.com

Licensed in state and/or federal courts in Wisconsin, Illinois, New York, Kentucky, Texas, Pennsylvania and Washington, D.C.

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Section 2510-22. This email is a communication by or on behalf of an attorney, and may contained privileged communications or information. Unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender, or reply by e-mail and delete all copies of the message. Thank you.

**From:** kmotley motleylegal.com <kmotley@motleylegal.com>
**Sent:** Thursday, March 2, 2023 2:47 PM
**To:** Hall, Samuel C. <SHall@CrivelloCarlson.com>; Meyer, Brianna J. <BMeyer@crivellocarlson.com>; McGaver, Steven C. <SMcGaver@CrivelloCarlson.com>; Nathaniel Cade <nate@cade-law.com>; Antonique Williams <antonique@cade-law.com>; Annalisa Pusick <annalisa@cade-law.com>
**Subject:** Re: Motion for Leave to Amend - Justin Blake

Hello Sam,

Certainly, if the insurance for the County that we named is incorrect we would like to correct that as well. If you could please provide that information I would greatly appreciate it. Thanks.

Kim

**From:** Hall, Samuel C. <SHall@CrivelloCarlson.com>
**Sent:** Thursday, March 2, 2023 3:43 PM
**To:** kmotley motleylegal.com <kmotley@motleylegal.com>; Meyer, Brianna J. <BMeyer@crivellocarlson.com>; McGaver, Steven C. <SMcGaver@CrivelloCarlson.com>; Nathaniel Cade <nate@cade-law.com>; Antonique Williams <antonique@cade-law.com>; Annalisa Pusick <annalisa@cade-law.com>

EXHIBIT C

**Subject:** RE: Motion for Leave to Amend - Justin Blake

Kim,

Will you also be naming the correct insurance carrier for the County?

Thanks
Sam

**Samuel C. Hall, Jr. | Managing Partner**
SHall@CrivelloCarlson.com
Direct:414-290-7587

 



**Crivello Carlson, S.C.**
710 North Plankinton Avenue
Suite 500
Milwaukee, Wisconsin 53203
Main:414-271-7722
Fax: 414-271-4438
www.crivellocarlson.com

Licensed in state and/or federal courts in Wisconsin, Illinois, New York, Kentucky, Texas, Pennsylvania and Washington, D.C.

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Section 2510-22. This email is a communication by or on behalf of an attorney, and may contained privileged communications or information. Unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender, or reply by e-mail and delete all copies of the message. Thank you.

**From:** kmotley motleylegal.com <kmotley@motleylegal.com>
**Sent:** Thursday, March 02, 2023 2:29 PM
**To:** Hall, Samuel C. <SHall@CrivelloCarlson.com>; Meyer, Brianna J. <BMeyer@crivellocarlson.com>; McGaver, Steven C. <SMcGaver@CrivelloCarlson.com>; Nathaniel Cade <nate@cade-law.com>; Antonique Williams <antonique@cade-law.com>; Annalisa Pusick <annalisa@cade-law.com>
**Subject:** Motion for Leave to Amend - Justin Blake

Hello Brianna, Samuel, and Steven,

It has come to our attention that NaphCare was not the medical service provider of the Kenosha Secure Detention nor the employer of Bergmann on April 25, 2021 when Mr. Blake was arrested. We plan to file a motion for leave to amend our complaint filed on 2/15/23 and replace NaphCare with the appropriate Defendants. I am reaching out to see if you would object to our motion. We do not plan to make any other substantive changes to the complaint and only plan to name the appropriate parties.

Please let me know your thoughts as we would like to file this soon. Thank you!

--
Best,

Kim

Kimberley Cy Motley, Esq.

C.E.O. / Founding Partner
Motley Legal Services
Afghan Mobile : 93 (0) 788 887 887
Intl. Number : 1 (704) 765 - 4887
US Mobile : 1 (704) 763-5413
[motleylegal.com](motleylegal.com)

DISCLAIMER

This is a transmission from Motley Legal Services and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges and is intended solely for the use of the individual(s) to whom it is addressed. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please telephone or email the sender immediately and delete the original message and any copy of it from your computer system. If you have any questions concerning this message, please contact the sender.