# Kenosha County Case Number 2021FO000463 Kenosha County vs. Justin S Blake

## Case summary

**Filing date**
06-22-2021

**Case type**
Non-Traffic Ordinance Violation

**Case status**
Reopened - Electronic filing

**Defendant date of birth**
02-1969

**Address**
7029 S. Wabash, Chicago, IL 60637

**Branch ID**
1

**DA case number**
2021WL000827

## Charges

**Responsible official**
Dougvillo, Gerad T.

**Prosecuting agency**
District Attorney

**Prosecuting agency attorney**
Sempf, James T.

Printable version

**Defendant owes the court:** $0.00

| Count no. | Statute | Description | Severity | Disposition |
|---|---|---|---|---|
| 1 | 9.947.01 | Disorderly Conduct | Forf. U | Guilty Due to No Contest Plea |

**The Defendant was charged with the following offense:**

| Count | Statute cite | Description | Severity | Offense date | Plea |
|---|---|---|---|---|---|
| 1 | 9.947.01 | Disorderly Conduct | Forf. U | 04-25-2021 | No Contest on 11-17-2023 |

On 07-14-2021 there was a finding of:

| Action | Court official | Notes |
|---|---|---|
| Guilty Due to No Contest Plea | Mayew, Donald | |

On 07-14-2021 the following was ordered:

| Sentence | Time | Begin date | Notes |
|---|---|---|---|
| Forfeiture / Fine | | | |

On 11-17-2023 there was a finding of:

| Action | Court official | Notes |
|---|---|---|
| Guilty Due to No Contest Plea | Dougvillo, Gerad T. | |

On 11-17-2023 the following was ordered:

| Sentence | Time | Begin date | Notes |
|---|---|---|---|
| Forfeiture / Fine | | | |

## Defendant

EXHIBIT
N

| Defendant name | Date of birth | Sex | Race |
|---|---|---|---|
| Blake, Justin S | 02-1969 | Male | |

**Address (last updated 06-22-2021)**
7029 S. Wabash,
Chicago, IL 60637

**JUSTIS ID**

**Fingerprint ID**

### Attorneys

| Attorney name | Guardian ad litem | Entered |
|---|---|---|
| Motley, Kimberley | No | 07-16-2021 |

---

## Court activities

| Date | Time | Location | Description | Type | Court official |
|---|---|---|---|---|---|
| 02-28-2025 | 11:00 am | Branch 1, Courtroom 336 | Jury status hearing | Court | Dougvillo, Gerad T. |
| 03-10-2025 | 08:30 am | Branch 1, Courtroom 336 | Jury selection | Court | Dougvillo, Gerad T. |

---

## Citations

### Citation 21-00316856A

| Defendant name | Date of birth | Sex | Address (last updated 06-22-2021) |
|---|---|---|---|
| Blake, Justin S | 02-1969 | Male | 7029 S. Wabash, Chicago, IL 60637 |

| Bond amount | Deposit type | Appearance date and time | Mandatory |
|---|---|---|---|
| $767.50 | None | 07-14-2021 01:00 pm | No |

| Plate number | State | Expiration | VIN |
|---|---|---|---|
| | | | |

| Issuing agency | Officer name | Violation date | MPH over |
|---|---|---|---|
| District Attorney | | 04-25-2021 | |

| Plaintff agency | Ordinance or statute | Statute | Charge description |
|---|---|---|---|
| Kenosha County | Ordinance | 9.947.01 | Disorderly Conduct |

**Severity**
Forf. U

---

## Court record

| Date | Event | Court official | Court reporter | Amount |
|---|---|---|---|---|
| 10-04-2024 | Status conference | Dougvillo, Gerad T. | Czarnecki-Kozmer, Tracy | |

Case 2:22-cv-00970-PP     Filed 01/20/25     Page 2 of 10     Document 80-14

| Date | Event | Court official | Court reporter | Amount |
|---|---|---|---|---|
| | **Additional text:** | | | |
| | 9:44 AM Attorney Kimberley Motley in court for Justin S Blake. Attorney James T. Sempf in court for State of Wisconsin. Clerk. M.Burke. DE's appearance is waived. This matter is set back on the trial calendar. Jury status hearing scheduled for February 28, 2025 at 11:00 am. Jury selection scheduled for March 10, 2025 at 08:30 am. | | | |
| 08-20-2024 | Notice of hearing | | | |
| | **Additional text:** | | | |
| | Status conference on October 4, 2024 at 09:30 am. | | | |
| 08-19-2024 | Notes | | | |
| | **Additional text:** | | | |
| | Trial bumped. Case to be set for STC and NTBS. hm | | | |
| 08-12-2024 | Proposed jury instructions | | | |
| | **Additional text:** | | | |
| | Deft's AMENDED Proposed Jury Instructions - filed by Atty. Kimberley Motley | | | |
| 08-12-2024 | Witness list - defendant | | | |
| | **Additional text:** | | | |
| | AMENDED Witness List - filed by Atty. Kimberley Motley | | | |
| 08-12-2024 | Witness list - defendant | | | |
| | **Additional text:** | | | |
| | AMENDED Witness List - filed by Atty. Kimberley Motley | | | |
| 08-12-2024 | Motion in limine | | | |
| | **Additional text:** | | | |
| | filed by Atty. Kimberley Motley | | | |
| 08-12-2024 | Video conferencing | | | |
| 08-12-2024 | Jury status hearing | Dougvillo, Gerad T. | Czarnecki-Kozmer, Tracy | |
| | **Additional text:** | | | |
| | 1:38 PM Defendant Justin S Blake not in court. Attorney Kimberley Motley in court for Justin S Blake. Attorney James T. Sempf appeared by video for State of Wisconsin. Clerk HM. State and defense are prepared to proceed. Court will notify attys of status of other trials on calendar later this week. Motions will be addressed day of trial. | | | |
| 08-08-2024 | Proposed jury instructions | | | |

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| | **Additional text:** | | | |
| | submitted by DA | | | |
| 08-08-2024 | Motion in limine | | | |
| | **Additional text:** | | | |
| | filed by Deputy DA, James Sempf | | | |
| 08-07-2024 | Witness list - defendant | | | |
| | **Additional text:** | | | |
| | Amended Witness List - filed by Atty. Kimberley Motley | | | |
| 03-15-2024 | Video conferencing | | | |
| 03-15-2024 | Status conference | Dougvillo, Gerad T. | Czarnecki-Kozmer, Tracy | |

**Additional text:**

8:38 AM Attorney Kimberley Motley appeared by video for Justin S Blake. Attorney James T. Sempf appeared by video for State of Wisconsin. Clerk HM. Re: decision of the State. State requests a trial date. JSH 8/12 1:30pm - attys by zoom and JS 8/19 8:30am.
Jury status hearing scheduled for August 12, 2024 at 01:30 pm.
Jury selection scheduled for August 19, 2024 at 08:30 am.
Jury trial scheduled for August 20, 2024 at 08:30 am.

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| 02-26-2024 | Jury demand | | | |
| | **Additional text:** | | | |
| | and Plea - filed by Atty. Kimberly Motley | | | |
| 02-24-2024 | Jury fee paid | | | $36.00 |
| | **Additional text:** | | | |
| | Adjustment Number: 24A 123582, | | | |
| | Payable Number: 380262, | | | |
| | Receipt Number: 24R 005896, | | | |
| | Amount: $36.00 | | | |
| 02-16-2024 | Reopen | Dougvillo, Gerad T. | | |
| 02-16-2024 | Video conferencing | | | |
| 02-16-2024 | Motion hearing | Dougvillo, Gerad T. | Czarnecki-Kozmer, Tracy | |

| Date | Event | Court official | Court reporter | Amount |
|------|-------|---------------|----------------|--------|

**Additional text:**

9:14 AM    Defendant Justin S Blake appeared by video. Attorney Kimberley Motley appeared by video for Justin S Blake.  Attorney James T. Sempf appeared by video for State of Wisconsin. Clerk HM.   Defense motion to reopen.  Atty Motley has filed a federal lawsuit.  Potential agreement.   Atty Motley states lawsuit is in discovery phase.  Court grants request to reopen citation.  STC 3/15 830am.  Attys may appear by zoom again.
Status conference scheduled for March 15, 2024 at 08:30 am.

12-13-2023  Notes

**Additional text:**

Per Court, Attorney Motley and Attorney Sempf are both allowed to appear by zoom on 2/16/24 at 9 am. Zoom information provided to both attorneys by email. Clerk NN

12-12-2023  Notes

**Additional text:**

Motion hearing scheduled with Attorney Motley for 2/16/24 at 9 am. DA notified by email and NOH sent out. Clerk NN

12-12-2023  Notice of hearing

**Additional text:**

Motion hearing on February 16, 2024 at 09:00 am.

11-29-2023  Notes

**Additional text:**

Court has reviewed Attorney Motley's motion to reopen. Per Court, motion to be set for a hearing.

11-20-2023  Motion to reopen

**Additional text:**

Motion to reopen sent to Judge Dougvillo.

11-20-2023  Notes

**Additional text:**

No action taken on letter requesting case be reopened.  Atty Motley may file an actual motion. hm

11-17-2023  Letters/correspondence

**Additional text:**

from Atty. Kimberly Motley; 2nd request to reopen.  (sent to br.1)

11-17-2023  Fine due slip

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
|  | **Additional text:** |  |  |  |
|  | $250.00 due. Failure to pay, CV Judgment. |  |  |  |
| 11-17-2023 | Dispositional order/judgment | Dougvillo, Gerad T. |  |  |
| 11-17-2023 | Video conferencing |  |  |  |
| 11-17-2023 | Status conference | Dougvillo, Gerad T. | Czarnecki-Kozmer, Tracy |  |

**Additional text:**

9:23 AM Attorney James T. Sempf appeared by video for State of Wisconsin. No appearance by Atty Motley by zoom.  Clerk HM.    Atty Sempf has not heard from Atty Motley since last status hearing.  Court finds DE in default.  Court orders a forfeiture of $250, 60 DTP or CJ.

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| 07-20-2023 | Video conferencing |  |  |  |
| 07-20-2023 | Jury status hearing | Dougvillo, Gerad T. | MacKnight, Amber |  |

**Additional text:**

11:19 AM Attorney James T. Sempf appeared by video for State of Wisconsin. Clerk HM.   No appearance by Atty Motley by zoom.   Atty Sempf reports that parties have an agreement - stated on the record. Agreement depends on the outcome of DE's Federal lawsuit.   No action taken on DE's nonappearance.   Trial removed from calendar.  STC 11/17 9am.  Attys may appear by zoom.
Status conference scheduled for November 17, 2023 at 09:00 am.

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| 07-20-2023 | Notice of hearing |  |  |  |

**Additional text:**

Status conference on November 17, 2023 at 09:00 am.

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| 02-07-2023 | Notice of hearing |  |  |  |

**Additional text:**

Jury selection on July 24, 2023 at 08:30 am.

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| 02-07-2023 | Notice of hearing |  |  |  |

**Additional text:**

Jury status hearing on July 20, 2023 at 11:00 am.

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| 02-07-2023 | Notes |  |  |  |

**Additional text:**

4/3/23 JT rescheduled by Court to 7/24 830am.  Confirmed with attys by email this day.  NTBS.

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| 11-15-2022 | Notes for Blake, Justin S |  |  |  |

Case 2:22-cv-00970-PP    Filed 01/20/25    Page 6 of 10    Document 80-14

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| | **Additional text:** | | | |

DE unable to appear for 1/17/23 trial. State agrees to reschedule to 4/3 8:30 and JSH 3/30 11am. Attys by zoom for JSH.

| | | | | |
|------|-------|----------------|----------------|--------|
| 09-26-2022 | Proposed jury instructions | | | |
| | **Additional text:** | | | |

filed by Atty. Kimberly Motley

| | | | | |
|------|-------|----------------|----------------|--------|
| 09-26-2022 | Witness list - defendant | | | |
| | **Additional text:** | | | |

filed by Atty. Kimberly Motley

| | | | | |
|------|-------|----------------|----------------|--------|
| 09-26-2022 | Status conference | Dougvillo, Gerad T. | Czarnecki-Kozmer, Tracy | |
| | **Additional text:** | | | |

3:12 PM Attorney Kimberley Motley in court for Justin S Blake. Attorney James T. Sempf in court for State of Wisconsin. Clerk HM. No resolution. Trial rescheduled due to conflict with Court's calendar.
Jury status hearing scheduled for January 12, 2023 at 11:00 am.
Jury selection scheduled for January 17, 2023 at 08:30 am.

| | | | | |
|------|-------|----------------|----------------|--------|
| 08-23-2022 | Notice of hearing | | | |
| | **Additional text:** | | | |

Status conference on September 26, 2022 at 03:00 pm.

| | | | | |
|------|-------|----------------|----------------|--------|
| 07-29-2022 | Notice of assignment of judge | | | |
| 07-29-2022 | Judicial transfer | Dougvillo, Gerad T. | | |
| 04-22-2022 | Notice of hearing | | | |
| | **Additional text:** | | | |

Jury trial on November 7, 2022 at 08:30 am.

| | | | | |
|------|-------|----------------|----------------|--------|
| 04-20-2022 | Notes | | | |
| | **Additional text:** | | | |

Judge Repischak approved the adjournment and defense counsel requests new trial date of 11/7/22 at 8:30 AM and confirmed with parties.

| | | | | |
|------|-------|----------------|----------------|--------|
| 04-18-2022 | Letters/correspondence | | | |
| | **Additional text:** | | | |

rcv'd from Atty. Kimberley Motley requesting an adjournment.

| | | | | |
|------|-------|----------------|----------------|--------|
| 03-29-2022 | Other papers | | | |

Case 2:22-cv-00970-PP    Filed 01/20/25    Page 7 of 10    Document 80-14

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|

**Additional text:**

Invoice to Walworth County DA

| 01-27-2022 | Notice of hearing | | | |

**Additional text:**

Jury trial on April 25, 2022 at 08:30 am.

| 01-27-2022 | Status conference | Repischak, Robert S. | Shue, Darlene S. | |

**Additional text:**

Attorney James T. Sempf in court for Plaintiff State of Wisconsin. Defendant Justin S Blake in court with Atty Kimberly Motley who appears by phone. Clerk: PT
 Case is not resolved and matter is set for a jury trial. Jury trial scheduled for April 25, 2022 at 08:30 am.

| 11-18-2021 | Notes | | | |

**Additional text:**

Judge is unavailable today due to a trial. Hearing rescheduled to 1/27/22 at 1:45 PM pending confirmation from parties.

| 10-01-2021 | Notice of hearing | | | |

**Additional text:**

Status conference on November 18, 2021 at 02:45 pm.

| 09-28-2021 | Order assigning judge/judicial assignment order | Repischak, Robert S. | | |
| 09-27-2021 | Application for specific judicial assign approved | Schroeder, Bruce E. | | |
| 09-24-2021 | Request for substitution | | | |

**Additional text:**

of Br.3 filed by Atty Motley

| 09-24-2021 | Responsible court official changed | Schroeder, Bruce E. | | |
| 09-24-2021 | Jury fee paid | | | $36.00 |

**Additional text:**

Adjustment Number: 21A 504150,
Payable Number: 329402,
Receipt Number: 21R 026830,
Amount: $36.00

| 09-24-2021 | Not guilty plea - written | | | |

Case 2:22-cv-00970-PP     Filed 01/20/25     Page 8 of 10     Document 80-14

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|

**Additional text:**

and Jury Demand

08-05-2021 Notes

**Additional text:**

Rescheduled PTC to 09-24-2021 at 2:00pm per Jane R/Walworth DA office, Atty Sempf is unavailable on 08-27-2021.
(Jane will be notifying other parties)

08-04-2021 Notice of hearing

**Additional text:**

Pre-trial conference on August 27, 2021 at 02:00 pm.

08-04-2021 Other papers

**Additional text:**

Priority mail express envelope received 8/4/21 was to be delivered 8/3/21

08-04-2021 Letters/correspondence

**Additional text:**

from Atty Kimberley Motley

08-04-2021 Receipt                                                                                $50.00

**Additional text:**

21R 022025

07-19-2021 Reopen                          Dowse, Geoffrey
07-19-2021 Order                           Dowse, Geoffrey

**Additional text:**

Motion to Reopen signed by Commissioner Dowse. Mailed to Def Attorney; reopen fee due 08/03/2021.

07-16-2021 Motion to reopen

**Additional text:**

Motion to reopen sent to Commissioner Dowse. kmk

07-14-2021 Notice of Default Judgment       Dowse, Geoffrey
07-14-2021 Dispositional order/judgment     Mayew, Donald
07-14-2021 Intake                           Mayew, Donald      CD

**Additional text:**

1:15pm Special Prosecutor James Sempf appeared for the State. No appearance by the Defendant. clerk:JThwing. Deft found guilty in absentia. Fined $150.00, 30 dtp or judgment.

Case 2:22-cv-00970-PP    Filed 01/20/25    Page 9 of 10    Document 80-14

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| 06-23-2021 | Other papers | | | |

**Additional text:**

Offer - regarding summons

| 06-23-2021 | Letters/correspondence | | | |

**Additional text:**

regarding summons

| 06-23-2021 | Summons | | | |

**Additional text:**

07-14-2021 at 1:00pm

| 06-22-2021 | Electronic Filing Notice | | | |
| 06-22-2021 | Case Converted to Electronic Filing | | | |
| 06-22-2021 | Complaint filed | | | |

## Total receivables

| Court assessments | Adjustments | Paid to the court | Probation/other agency amount | Balance due to court | Due date |
|-------------------|-------------|-------------------|-------------------------------|----------------------|----------|
| $400.00 | $-400.00 | $0.00 | $0.00 | $0.00 | |
| $50.00 | $0.00 | $50.00 | $0.00 | $0.00 | |

https://wcca.wicourts.gov/caseDetail.html?caseNo=2021FO000463&countyNo=30&index=0&mode=details                    10/10