# REQUEST FOR CRIMINAL COMPLAINT

IN CUSTODY: YES ☐ / NO X          DOMESTIC VIOLENCE: YES ☐ / NO X

AGENCY: **KENOSHA SHERIFF'S DEPARTMENT**      BOND POSTED: YES X / NO ☐

☐ COMPLAINT & SUMMONS     ☐ COMPLAINT & WARRANT     ☐ PO HOLD     X MANDATORY DATE: 05/25/2021 @ 1:00 P.M.

DETECTIVE/OFFICER ASSIGNED: A. GEORGE #315

## DEFENDANT INFORMATION

FIRSTNAME, MI, LASTNAME: **JUSTIN S. BLAKE**

DRIVER'S LICENSE #: **B420-4376-9059**  STATE: **IL**  SOCIAL SECURITY #:

D.O.B.: **02/28/1969**, AGE: **52**, GENDER: **M**, RACE: **B**, EYES: **BRO**, HAIR: **BLK**, HGT: **600**, WGT: **215**

ADDRESS: **7029 S. WABASH**  CITY/STATE/ZIP: **CHICAGO, IL 60637**

HOME PHONE #:                              WORK PHONE #:

EMPLOYER'S NAME:                    EMPLOYER ADDRESS/CITY:

CO-DEFENDANT NAMES: JOSEPH CARDINALI / JONATHAN W. BARKER

**CHARGE #1:**  INCIDENT #: 2021-00316856 DATE & TIME OF INCIDENT: 04/25/2021 @ 10:00 P.M.

LOCATION OF INCIDENT (INC. MUNICIPALITY): 1000 55TH STREET, CITY OF KENOSHA, COUNTY OF KENOSHA, STATE OF WISCONSIN

CHARGE DESCRIPTION: DISORDERLY CONDUCT (MISD)

STATUTE # (WITH SUBSECTIONS): 947.01(1)

MODIFIERS/ENHANCERS:

**CHARGE # 2:**  INCIDENT #: 2021-00316856 DATE & TIME OF INCIDENT: 04/25/2021 @ 10:00 P.M.

LOCATION OF INCIDENT (INC. MUNICIPALITY): 1000 55TH STREET, CITY OF KENOSHA, COUNTY OF KENOSHA, STATE OF WISCONSIN

CHARGE DESCRIPTION: OBSTRUCTING AN OFFICER (MISD)

STATUTE # (WITH SUBSECTIONS): 946.41(1)

MODIFIERS/ENHANCERS:

<div style="border:1px solid black">

**EXHIBIT**

**O**

</div>

Blake, Justin v. Kenosha County
000019

Revised: 4/26/21      Case 2:22-cv-00970-PP      Filed 01/20/25      Page 1 of 1      Document 80-15