
**Brianna J. Meyer**
710 N. Plankinton Avenue
Suite 500
Milwaukee, WI 53203
Direct: (414) 290-7519
Email: BMeyer@CrivelloLaw.com

February 6, 2025

Hon. Pamela Pepper
United States District Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202

      **Re:** *Justin Blake v. Kenosha County*
           Eastern District of Wisconsin Case No. 22-CV-00970
           Our File No.: 0100-2201101

Dear Judge Pepper:

On January 29, 2025, Plaintiff filed an "Expedited and Non-Dipositive Motion for an Extension of Time to Respond to Defendants' Motion for Summary Judgments," (Dkt. 88). I write to inform the Court that Defendants David Beth, County of Kenosha, Kyle Bissonnette, Jacob DiCello, Gloria Galvan, Dereemeyun Haynes, Jeremy May, and Wisconsin Municipal Mutual Insurance Company do not oppose Plaintiff's motion. Although Plaintiff seeks a significant extension, the County Defendants understand the constraints posed by scheduling and therefore do not oppose an extension of the deadline for Plaintiff to respond to the pending summary judgment motions to April 15, 2025.

Very truly yours,

BRIANNA J. MEYER
BJM/apl

cc:    all counsel of record (via efile)
MILWAUKEE, WI (414) 271-7722   MADISON, WI (608) 819-8490   WAUWATOSA, WI (414) 454-6860   EAU CLAIRE, WI (715) 598-1730   MUKWONAGO, WI (262) 363-7720   CHICAGO, IL (312) 523-2111   PEORIA, IL (309) 839-1946   EDWARDSVILLE, IL (618) 655-0006

Case 2:22-cv-00970-PP    Filed 02/05/25    Page 1 of 1    Document 89