# Emergency Restraint Chair

## _Instructions_

## Warning



EXHIBIT: 21
7-1-24  AB
Cream City Reporting,LLC

Use of the Emergency Restraint Chair without first reading and thoroughly understanding the instructions could cause injury or death.

The Emergency Restraint Chair (E.R.C.) is intended to help control combative, self destructive, or potentially violent detainees. If used properly it can reduce the risk of physical harm to both the detainee and staff. Violent behavior may mask dangerous medical conditions therefore detainees must be monitored for and provided with medical treatment if needed. Detainees should not be left in the Emergency Restraint Chair for more than two hours. The Emergency Restraint Chair should **never** be used as a means of punishment.

Riella Justice v Kenosha County
000035

## Step 1.

Ensure that all of the detainee's personal property has been removed from them, to include jewelry, glasses, shoes, boots, socks, coat, hat, and belt. They should only be clothed in their shirt, pants, or dress.

**Note:** The detainee should be handcuffed and wearing leg irons when warranted.

Blake, Justin v. Kenosha County
000036



## Step 2.

Have the detainee sit in the seat, secure the lap belt free end in the lap belt clevis, and pull the handle until snug.

**Note:** To loosen the lap belt, insert a standard handcuff key in the lap belt buckle, and "push in" while pulling slack on lap belt.

Blake, Justin v. Kenosha County
000037



Shoulder Strap — ... — Shoulder Strap

Shoulder Strap Clevis — ... — Shoulder Strap Clevis

Wrist Strap — ... — Wrist Strap

Lap Belt — ... — Lap Belt Clevis

Ankle Strap Clevis — ... — Ankle Strap Clevis

Ankel Strap — ... — Ankle Strap

Chain Retainer —

Blake, Justin v. Kenosha County
000038



## Step 3.

Place the chain of the leg irons behind the chain retainer.

Blake, Justin v. Kenosha County
000039



## Step 4.

Attach the handcuff tether to the handcuffs.

Blake, Justin v. Kenosha County
000040

## Step 5.

Release the right wrist from the handcuffs and secure it to the arm of the E.R.C. with the right wrist strap and pull the belt snug.

**Caution:** Do not cut off circulation to the hand.



## Step 6.
Release the left wrist from the handcuffs and secure it to the arm of the E.R.C. with the left wrist strap and pull the belt snug.

Caution: Do not cut off circulation to the hand.

Blake, Justin v. Kenosha County
000041

**Note**: To loosen wrist strap, insert a standard handcuff key in the wrist buckle, and "push in" while pulling slack on wrist strap.



Blake, Justin v. Kenosha County
000042



## Step 7.
Retighten the lap belt if necessary.

Blake, Justin v. Kenosha County
000043



## Step 8.

Fasten the shoulder strap by passing the free ends over the shoulders, under the armpits, and secure them to the shoulder strap clevises located on the back of chair. Then tighten by pulling down on the shoulder strap handle.

**Caution:** Do not wrap the straps around <u>chest</u>, <u>head</u>, or <u>neck</u>.

Blake, Justin v. Kenosha County
000044



## Step 9.

Secure the ankle strap by passing the free end around the front of the ankle and securing it to the ankle strap clevis. Then pull the ankle strap handle until snug.

## Step 10.
Remove leg irons.

## Step 11.

**Caution, violent behavior may mask dangerous medical conditions.** Detainees must be monitored continuously and provided medical treatment if needed.

Blake, Justin v. Kenosha County
000045

**Caution:** Handcuffs and leg irons must be removed as soon as possible to prevent injury.

**Caution:** Belts and straps may need to be loosened to insure adequate blood flow. The Emergency Restraint Chair must always be used in the upright position, leaving the chair on its side or back may cause injury or death to the detainee. Detainees should not be left in the Emergency Restraint Chair for more than two hours.

This time limit was established to allow for the detainee to calm down or sober up, and if needed it allows for the correctional officer to seek medical or psychological help for the detainee. This two hour time limit may be extended, but only under **direct** medical supervision (Doctor / Nurse). This extended time period must not exceed eight hours and range of motion exercises must be performed regularly. Therefore we do not recommend anyone be left in the Emergency Restraint Chair for more than ten hours total.

**E.R.C. Inc.**
1415 4th Avenue North
Denison, Iowa 51442
Phone: (712) 263-5291
Fax: (712) 263-4633

Patented in 1998
Patent # 5,758,892

Blake Justin v. Kenosha County
000046

FEB 1 0 2001