**STATE OF WISCONSIN**  **CIRCUIT COURT**  **KENOSHA COUNTY**

**FILED**

**KENOSHA COUNTY,**

MAR 1 0 2025

**Plaintiff,**  CASE NO. 2021-FO-0463  REBECCA MATOSKA-MENTINK  CLERK OF CIRCUIT COURT

**V.**

**JUSTIN BLAKE.**

**Defendant.**

# VERDICT FORM

We, the jury, find the defendant Justin Blake, <u>NOT GUILTY</u> of Disorderly Conduct, as charged in the citation.

Dated at Kenosha, Wisconsin, this ___10___ day of March, 2025.

_James Peden_
Presiding Juror

_____
Dissenting Juror (if any)