Annotations on photograph:
- Jessica
- Haynes
- Blake
- Martini
- Here (me)
- Diallo
- Gloria Galvan 4/25/2024