**From:** Baird, Brian W bwbaird@borgelt.com
**Subject:** RE: NOD - 4/15/24 Bergmann & VNCC
**Date:** March 27, 2024 at 5:09 PM
**To:** kmotley motleylegal.com kmotley@motleylegal.com, Nathaniel Cade nate@cade-law.com, Annalisa Pusick annalisa@cade-law.com, Meyer, Brianna J. BMeyer@CrivelloLaw.com, Hall Samuel C. SHall@CrivelloCarlson.com, Kosmeder, Stephanie N. SKosmeder@CrivelloLaw.com

Great, thanks Kim, I appreciate it.



**Brian W. Baird**
Attorney

**Direct:** 414-287-9184
**Email:** bwbaird@borgelt.com

1243 N. 10th St., Suite 300
Milwaukee, WI 53205

www.borgelt.com

---

**From:** kmotley motleylegal.com <kmotley@motleylegal.com>
**Sent:** Friday, March 22, 2024 4:39 PM
**To:** Baird, Brian W <bwbaird@borgelt.com>; Nathaniel Cade <nate@cade-law.com>; Annalisa Pusick <annalisa@cade-law.com>; Meyer, Brianna J. <BMeyer@CrivelloLaw.com>; Hall Samuel C. <SHall@CrivelloCarlson.com>; Kosmeder, Stephanie N. <SKosmeder@CrivelloLaw.com>
**Subject:** Re: NOD - 4/15/24 Bergmann & VNCC

Thanks Brian.

For VNCC's 30b6 remote depo is fine since she is out of state and still plan for April 15th.

We will schedule the depositions of Haynes, Galvan, and DicCello on April 25th.

Regards,
Kim

---

**From:** Baird, Brian W <bwbaird@borgelt.com>
**Sent:** Thursday, March 21, 2024 6:19 PM
**To:** kmotley motleylegal.com <kmotley@motleylegal.com>; Nathaniel Cade <nate@cade-law.com>; Annalisa Pusick <annalisa@cade-law.com>; Meyer, Brianna J. <BMeyer@CrivelloLaw.com>; Hall Samuel C. <SHall@CrivelloCarlson.com>; Kosmeder, Stephanie N. <SKosmeder@CrivelloLaw.com>
**Subject:** RE: NOD - 4/15/24 Bergmann & VNCC

Great, thanks Kim. I am available April 25 and will block out the entire day for the depositions of Haynes, Galvan, and DicCello. I have confirmed that the corporate representative of VNCC, Linda Scott, is available for deposition on April 15 at 2 PM, as originally scheduled. However, since she is out of state on the East Coast, I would request that the deposition be conducted by videoconference, which I imagine we can arrange for in the conference room where the previous depositions will be conducted. Please let me know your thoughts on that, thanks.

**Brian W. Baird**



Attorney

**Direct:** 414-287-9184

**Email:** bwbaird@borgelt.com

1243 N. 10th St., Suite 300

Milwaukee, WI 53205

www.borgelt.com

---

**From:** kmotley motleylegal.com <kmotley@motleylegal.com>
**Sent:** Thursday, March 21, 2024 12:48 PM
**To:** Baird, Brian W <bwbaird@borgelt.com>; Nathaniel Cade <nate@cade-law.com>; Annalisa Pusick <annalisa@cade-law.com>; Meyer, Brianna J. <BMeyer@CrivelloLaw.com>; Hall Samuel C. <SHall@CrivelloCarlson.com>; Kosmeder, Stephanie N. <SKosmeder@CrivelloLaw.com>
**Subject:** Re: NOD - 4/15/24 Bergmann & VNCC

Hello Brian et al,

We can do depositions on April 25 and May 3rd.

So, I propose moving Haynes, Galvan, and DicCello to April 25th. We can also figure out a date for the corporate depo of VNCC if the 15th does not work for you.

Please let me know. Thanks!

Kim

---

**From:** Baird, Brian W <bwbaird@borgelt.com>
**Sent:** Monday, March 18, 2024 4:46 PM
**To:** kmotley motleylegal.com <kmotley@motleylegal.com>; Nathaniel Cade <nate@cade-law.com>; Annalisa Pusick <annalisa@cade-law.com>; Meyer, Brianna J. <BMeyer@CrivelloLaw.com>; Hall Samuel C. <SHall@CrivelloCarlson.com>; Kosmeder, Stephanie N. <SKosmeder@CrivelloLaw.com>
**Subject:** RE: NOD - 4/15/24 Bergmann & VNCC

Thanks Kim. I was unaware that you were interested in the 30b6 deposition of VNCC. I will need to check with my client to see if they are available on April 15.



**Brian W. Baird**

Attorney

**Direct:** 414-287-9184

**Email:** bwbaird@borgelt.com

1243 N. 10th St., Suite 300

Milwaukee, WI 53205

www.borgelt.com

---

**From:** kmotley motleylegal.com <kmotley@motleylegal.com>
**Sent:** Wednesday, March 13, 2024 8:07 PM
**To:** Baird, Brian W <bwbaird@borgelt.com>; Nathaniel Cade <nate@cade-law.com>; Annalisa Pusick <annalisa@cade-law.com>; Meyer, Brianna J. <BMeyer@CrivelloLaw.com>; Hall Samuel C. <SHall@CrivelloCarlson.com>; Kosmeder, Stephanie N. <SKosmeder@CrivelloLaw.com>
**Subject:** NOD - 4/15/24 Bergmann & VNCC

Hello Brian,

Please find attached NOD for Ms. Bergmann and a 30b6 for the VNCC for April 15, 2024. If you have any concerns please let me know.

--

Best,

Kim

Kimberley Cy Motley, Esq.

C.E.O. / Founding Partner

Motley Legal Services

Afghan Mobile : 93 (0) 788 887 887

Intl. Number : 1 (704) 765 - 4887

US Mobile : 1 (704) 763-5413

motleylegal.com

DISCLAIMER

This is a transmission from Motley Legal Services and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges and is intended solely for the use of the individual(s) to whom it is addressed. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received

this transmission in error, please telephone or email the sender immediately and delete the original message and any copy of it from your computer system. If you have any questions concerning this message, please contact the sender.

This electronic mail message is intended exclusively for the individual or entity to which it is addressed. This message, together with any attachment, may contain confidential and privileged information. Any views, opinions or conclusions expressed in this message are those of the individual sender and do not necessarily reflect the views of [motleylegal.com](motleylegal.com)., and their affiliates. Any unauthorized review, use, printing, copying, retention, disclosure or distribution is strictly prohibited. If you have received this message in error, please immediately advise the sender by replying to this email and delete all copies of this message.

This electronic mail message is intended exclusively for the individual or entity to which it is addressed. This message, together with any attachment, may contain confidential and privileged information. Any views, opinions or conclusions expressed in this message are those of the individual sender and do not necessarily reflect the views of [motleylegal.com](motleylegal.com)., and their affiliates. Any unauthorized review, use, printing, copying, retention, disclosure or distribution is strictly prohibited. If you have received this message in error, please immediately advise the sender by replying to this email and delete all copies of this message.

This electronic mail message is intended exclusively for the individual or entity to which it is addressed. This message, together with any attachment, may contain confidential and privileged information. Any views, opinions or conclusions expressed in this message are those of the individual sender and do not necessarily reflect the views of [motleylegal.com](motleylegal.com)., and their affiliates. Any unauthorized review, use, printing, copying, retention, disclosure or distribution is strictly prohibited. If you have received this message in error, please immediately advise the sender by replying to this email and delete all copies of this message.

This electronic mail message is intended exclusively for the individual or entity to which it is addressed. This message, together with any attachment, may contain confidential and privileged information. Any views, opinions or conclusions expressed in this message are those of the individual sender and do not necessarily reflect the views of [motleylegal.com](motleylegal.com)., and their affiliates. Any unauthorized review, use, printing, copying, retention, disclosure or distribution is strictly prohibited. If you have received this message in error, please immediately advise the sender by replying to this email and delete all copies of this message. This electronic mail message is intended exclusively for the individual or entity to which it is addressed. This message, together with any attachment, may contain confidential and privileged information. Any views, opinions or conclusions expressed in this message are those of the individual sender and do not necessarily reflect the views of [motleylegal.com](motleylegal.com)., and their affiliates. Any unauthorized review, use, printing, copying, retention, disclosure or distribution is strictly prohibited. If you have received this message in error, please immediately advise the sender by replying to this email and delete all copies of this message.

This electronic mail message is intended exclusively for the individual or entity to which it is addressed. This message, together with any attachment, may contain confidential and privileged information. Any views, opinions or conclusions expressed in this message are those of the individual sender and do not necessarily reflect the views of motleylegal.com., and their affiliates. Any unauthorized review, use, printing, copying, retention, disclosure or distribution is strictly prohibited. If you have received this message in error, please immediately advise the sender by replying to this email and delete all copies of this message.