



**Angie**


Monday, April 26, 2021

> We should special pros anyone involved in this weekend blake protest. Maybe call Racine to see if they would take

7:47 AM

**A** Ok. I will
7:49 AM

**A** Trish asked if we could try Zelle first because she thinks they are unlikely to travel to walworth to

Enter message

**Angie**

**A:** Trish asked if we could try Zelle first because she thinks they are unlikely to travel to walworth to protest outside their office.   8:36 AM

**A:** *Zeke.   8:37 AM

**Me:** Ok give him a call. He already has our other protester case.   8:38 AM

**Me:** If blake is in custody, depending on the facts, zeke should

**Angie**

> Ok give him a call. He already has our other protester case.
> 
> 8:38 AM

> If blake is in custody, depending on the facts, zeke should tell us whether we can summons and complaint if he will take it.
> 
> 9:00 AM

**A:** Ok. There is one IC listed as "John Doe- possibly Justin Blake"

He is referred for

**Angie**

**A:** Ok. There is one IC listed as "John Doe- possibly Justin Blake"

He is referred for Obstructing and DC. Without ID, I don't think we can do summons.

Haha. *9:06 AM*

**A:** Sorry the haha was not meant for you. For my son. *9:07 AM*

Got it *9:07 AM*



10:16  46 ▎95%

< Angie

**Got it.** — 9:07 AM

A: Only one in custody and that's the John Doe. Cardinali and Barker posted their bond so they are out. — 9:09 AM

**So he is trying to get national publicity by not iding and not posting.** — 9:11 AM

A: Is someone going to call me to tell me if he posts?



**Angie**

**Angie:** Is someone going to call me to tell me if he posts?

**Angie:** Zeke has not called or emailed
*10:37 AM*

**Me:** They are expecting him to post and said they would text me. Paulson at 605▮
*10:39 AM*

**Angie:** Ok. Thanks. I will give him a call shortly
*10:46 AM*

**Me:** He just posted
*11:36 AM*

**Angie:** Croot Thonko



Add to contacts   Block number

Monday, April 26, 2021



This Neil Paulsen. Justin Blake has been booked, bond posted, and he just walked out the door

11:35 AM

Thanks

11:35 AM





**Krystine Watson**

Monday, April 26, 2021

**K:** Can you talk to me about Justin Blake being in custody? *7:30 AM*

**K:** Sorry Jacob, Sr. *7:36 AM*

> I'm not there today. The press has some guys bricked a city building. Probably that?
>
> Blocked a building
>
> *7:45 AM*

**K:** I think it's his uncle actually. I've heard he might have been

10:20

< Krystine Watson 📞 🔍 ⋮

**K** I think it's his uncle actually. I've heard he might have been injured when he was taken into custody. Apparently he was the only one not released and th

e press is starting to latch onto this, so trying to understand what's going on.

7:46 AM

> Angie will know. We will special pros if it is about the

10:21

Krystine Watson



e press is starting to latch onto this, so trying to understand what's going on.
7:46 AM

Angie will know. We will special pros if it is about the blake protest this weekend.
7:51 AM

K Thank you! Sounds like he'll be released soon, so no decisions have to be made today.
9:1