

CRIVELLO
NICHOLS & HALL, S.C.
ATTORNEYS

710 N. Plankinton Ave, Suite 500
Milwaukee, WI 53203

Wisconsin Municipal Mutual Insurance Company

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Bill Number 0100-214051

## BILLING SUMMARY

For Legal Services Rendered  through 11/30/24

**Re:** **0100-2201101 - BLAKE, JUSTIN V. KENOSHA COUNTY**
INSURED:  KENOSHA COUNTY; KENOSHA COUNTY SHERIFF'S DEPARTMENT;
KOPP, JENNIFER J.; BETH, DAVID G.; CARDAMONE, III, JOSEPH M.;
KERKMAN, SAMANTHA; WALIGORA, REGI
FILE NO:   GLKC00001480

Total Fees
Total Disbursements

**Total Fees and Disbursements**



**Please remit payment to Crivello, Nichols & Hall, S.C. 710 N. Plankinton Ave., Suite 500, Milwaukee, WI 53203**

MILWAUKEE, WI     MADISON, WI     WAUWATOSA, WI   EAU CLAIRE, WI   MUKWONAGO, WI     CHICAGO, IL     PEORIA, IL     EDWARDSVILLE, IL
(414) 271-7722     (608) 819-8490     (414) 454-6860     (715) 598-1730     (262) 363-7720     (312) 523-2111   (309) 839-1946     (618) 655-0006

Case 2:22-cv-00970-PP     Filed 05/08/26     Page 1 of 45     Document 131-1

**EXHIBIT**
**A**



# CRIVELLO
## NICHOLS & HALL, S.C.
### ATTORNEYS

710 N. Plankinton Ave, Suite 500
Milwaukee, WI 53203

Wisconsin Municipal Mutual Insurance Company

Bill Number 0100-214051

**Re:** **0100-2201101 - BLAKE, JUSTIN V. KENOSHA COUNTY**
INSURED: KENOSHA COUNTY; KENOSHA COUNTY SHERIFF'S DEPAR
TMENT; KOPP, JENNIFER J.; BETH, DAVID G.; CARDAMONE, III, JOSEP
H M.; KERKMAN, SAMANTHA; WALIGORA, REGI
FILE NO: GLKC00001480

CONFIDENTIAL: THIS IS NOT A PUBLIC RECORD SUBJECT TO DISCLOSURE;
ATTORNEY-CLIENT PRIVILEGED; CONTAINS ATTORNEY WORK PRODUCT

### Professional Services

| Date | Atty | Description | Rate | Hours | Amount |
| --- | --- | --- | --- | --- | --- |



**Please remit payment to Crivello, Nichols & Hall, S.C. 710 N. Plankinton Ave., Suite 500, Milwaukee, WI 53203**

| MILWAUKEE, WI | MADISON, WI | WAUWATOSA, WI | EAU CLAIRE, WI | MUKWONAGO, WI | CHICAGO, IL | PEORIA, IL | EDWARDSVILLE, IL |
| --- | --- | --- | --- | --- | --- | --- | --- |
| (414) 271-7722 | (608) 819-8490 | (414) 454-6860 | (715) 598-1730 | (262) 363-7720 | (312) 523-2111 | (309) 839-1946 | (618) 655-0006 |

**Professional Services**

| Date | Atty | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|



**Please remit payment to Crivello, Nichols & Hall, S.C. 710 N. Plankinton Ave., Suite 500, Milwaukee, WI 53203**

MILWAUKEE, WI     MADISON, WI     WAUWATOSA, WI   EAU CLAIRE, WI   MUKWONAGO, WI     CHICAGO, IL     PEORIA, IL     EDWARDSVILLE, IL
(414) 271-7722     (608) 819-8490     (414) 454-6860     (715) 598-1730     (262) 363-7720     (312) 523-2111   (309) 839-1946     (618) 655-0006

## Professional Services

| Date | Atty | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|



**Please remit payment to Crivello, Nichols & Hall, S.C. 710 N. Plankinton Ave., Suite 500, Milwaukee, WI 53203**

MILWAUKEE, WI     MADISON, WI     WAUWATOSA, WI     EAU CLAIRE, WI     MUKWONAGO, WI     CHICAGO, IL     PEORIA, IL     EDWARDSVILLE, IL
(414) 271-7722     (608) 819-8490     (414) 454-6860     (715) 598-1730     (262) 363-7720     (312) 523-2111     (309) 839-1946     (618) 655-0006

**Professional Services**

| Date | Atty | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|



**Please remit payment to Crivello, Nichols & Hall, S.C. 710 N. Plankinton Ave., Suite 500, Milwaukee, WI 53203**

| MILWAUKEE, WI | MADISON, WI | WAUWATOSA, WI | EAU CLAIRE, WI | MUKWONAGO, WI | CHICAGO, IL | PEORIA, IL | EDWARDSVILLE, IL |
|---|---|---|---|---|---|---|---|
| (414) 271-7722 | (608) 819-8490 | (414) 454-6860 | (715) 598-1730 | (262) 363-7720 | (312) 523-2111 | (309) 839-1946 | (618) 655-0006 |

## Professional Services

| Date | Atty | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|



**Please remit payment to Crivello, Nichols & Hall, S.C. 710 N. Plankinton Ave., Suite 500, Milwaukee, WI 53203**

| MILWAUKEE, WI | MADISON, WI | WAUWATOSA, WI | EAU CLAIRE, WI | MUKWONAGO, WI | CHICAGO, IL | PEORIA, IL | EDWARDSVILLE, IL |
|---|---|---|---|---|---|---|---|
| (414) 271-7722 | (608) 819-8490 | (414) 454-6860 | (715) 598-1730 | (262) 363-7720 | (312) 523-2111 | (309) 839-1946 | (618) 655-0006 |

## Professional Services

| Date | Atty | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|

**Please remit payment to Crivello, Nichols & Hall, S.C. 710 N. Plankinton Ave., Suite 500, Milwaukee, WI 53203**

MILWAUKEE, WI    MADISON, WI    WAUWATOSA, WI  EAU CLAIRE, WI   MUKWONAGO, WI    CHICAGO, IL    PEORIA, IL    EDWARDSVILLE, IL
(414) 271-7722    (608) 819-8490    (414) 454-6860    (715) 598-1730    (262) 363-7720    (312) 523-2111  (309) 839-1946    (618) 655-0006

Case 2:22-cv-00970-PP     Filed 05/08/26     Page 7 of 45     Document 131-1

## Professional Services

| Date | Atty | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| | | ██████████████████████████████████████ | | | |
| 11/26/24 | BJM | Develop strategy regarding use of officer depositions for summary judgment | 240.00 | 0.50 | 120.00 |
| | | ██████████████████████████████████████ | | | |

**Please remit payment to Crivello, Nichols & Hall, S.C. 710 N. Plankinton Ave., Suite 500, Milwaukee, WI 53203**

MILWAUKEE, WI    MADISON, WI    WAUWATOSA, WI   EAU CLAIRE, WI    MUKWONAGO, WI    CHICAGO, IL    PEORIA, IL    EDWARDSVILLE, IL
(414) 271-7722   (608) 819-8490   (414) 454-6860   (715) 598-1730   (262) 363-7720   (312) 523-2111   (309) 839-1946   (618) 655-0006

## Professional Services

| Date | Atty | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| ████ | | ███████████████ | | | |

| Atty | | | Rate | Hours | Amount |
|------|--|--|------|-------|--------|

## Disbursements

| Date | Description | Amount |
|------|-------------|--------|

|  | Total Fees | ████ |
|  | Total Disbursements | |
|  | **Total Fees and Disbursements** | ████ |



CRIVELLO
NICHOLS & HALL, S.C.
ATTORNEYS

710 N. Plankinton Ave, Suite 500
Milwaukee, WI 53203

Wisconsin Municipal Mutual Insurance Company

 January 24, 2025

Bill Number 0100-215881

## BILLING SUMMARY

For Legal Services Rendered  through 12/31/24

**Re:** **0100-2201101 - BLAKE, JUSTIN V. KENOSHA COUNTY**
INSURED:  KENOSHA COUNTY; KENOSHA COUNTY SHERIFF'S DEPARTMENT;
KOPP, JENNIFER J.; BETH, DAVID G.; CARDAMONE, III, JOSEPH M.;
KERKMAN, SAMANTHA; WALIGORA, REGI
FILE NO:   GLKC00001480

|  |  |
|---|---|
| Total Fees |  |
| Total Disbursements | |
| **Total Fees and Disbursements** | |

**Please remit payment to Crivello, Nichols & Hall, S.C. 710 N. Plankinton Ave., Suite 500, Milwaukee, WI 53203**

MILWAUKEE, WI    MADISON, WI    WAUWATOSA, WI   EAU CLAIRE, WI    MUKWONAGO, WI    CHICAGO, IL    PEORIA, IL    EDWARDSVILLE, IL
(414) 271-7722    (608) 819-8490    (414) 454-6860    (715) 598-1730    (262) 363-7720    (312) 523-2111   (309) 839-1946    (618) 655-0006



710 N. Plankinton Ave, Suite 500
Milwaukee, WI 53203

Wisconsin Municipal Mutual Insurance Company
Attn: Ms. Nicole Busch
2418 Crossroads Drive
Suite 1500
Madison, WI 53718

Bill Number 0100-215881

**Re:** **0100-2201101 - BLAKE, JUSTIN V. KENOSHA COUNTY**
INSURED: KENOSHA COUNTY; KENOSHA COUNTY SHERIFF'S DEPARTMENT; KOPP, JENNIFER J.; BETH, DAVID G.; CARDAMONE, III, JOSEPH M.; KERKMAN, SAMANTHA; WALIGORA, REGI
FILE NO: GLKC00001480

CONFIDENTIAL: THIS IS NOT A PUBLIC RECORD SUBJECT TO DISCLOSURE; ATTORNEY-CLIENT PRIVILEGED; CONTAINS ATTORNEY WORK PRODUCT

### Professional Services

| Date | Atty | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| | | | | | |

**Please remit payment to Crivello, Nichols & Hall, S.C. 710 N. Plankinton Ave., Suite 500, Milwaukee, WI 53203**

| MILWAUKEE, WI | MADISON, WI | WAUWATOSA, WI | EAU CLAIRE, WI | MUKWONAGO, WI | CHICAGO, IL | PEORIA, IL | EDWARDSVILLE, IL |
|---|---|---|---|---|---|---|---|
| (414) 271-7722 | (608) 819-8490 | (414) 454-6860 | (715) 598-1730 | (262) 363-7720 | (312) 523-2111 | (309) 839-1946 | (618) 655-0006 |

## Professional Services

| Date | Atty | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|



**Please remit payment to Crivello, Nichols & Hall, S.C. 710 N. Plankinton Ave., Suite 500, Milwaukee, WI 53203**

| MILWAUKEE, WI | MADISON, WI | WAUWATOSA, WI | EAU CLAIRE, WI | MUKWONAGO, WI | CHICAGO, IL | PEORIA, IL | EDWARDSVILLE, IL |
|---|---|---|---|---|---|---|---|
| (414) 271-7722 | (608) 819-8490 | (414) 454-6860 | (715) 598-1730 | (262) 363-7720 | (312) 523-2111 | (309) 839-1946 | (618) 655-0006 |

Case 2:22-cv-00970-PP     Filed 05/08/26     Page 12 of 45     Document 131-1

## Professional Services

| Date | Atty | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| | | | | | |
| 12/17/24 | SM | Continue working on MSJ by developing arguments to 15 claims that need to be defended | 240.00 | 2.20 | 528.00 |

**Please remit payment to Crivello, Nichols & Hall, S.C. 710 N. Plankinton Ave., Suite 500, Milwaukee, WI 53203**

MILWAUKEE, WI    MADISON, WI    WAUWATOSA, WI    EAU CLAIRE, WI    MUKWONAGO, WI    CHICAGO, IL    PEORIA, IL    EDWARDSVILLE, IL
(414) 271-7722    (608) 819-8490    (414) 454-6860    (715) 598-1730    (262) 363-7720    (312) 523-2111    (309) 839-1946    (618) 655-0006

**Professional Services**

| Date | Atty | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|

**Please remit payment to Crivello, Nichols & Hall, S.C. 710 N. Plankinton Ave., Suite 500, Milwaukee, WI 53203**

MILWAUKEE, WI   MADISON, WI   WAUWATOSA, WI   EAU CLAIRE, WI   MUKWONAGO, WI   CHICAGO, IL   PEORIA, IL   EDWARDSVILLE, IL
(414) 271-7722   (608) 819-8490   (414) 454-6860   (715) 598-1730   (262) 363-7720   (312) 523-2111   (309) 839-1946   (618) 655-0006

Case 2:22-cv-00970-PP     Filed 05/08/26     Page 14 of 45     Document 131-1

## Professional Services

| Date | Atty | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| 12/24/24 | BJM | Begin drafting brief in support of motion for summary judgment | 240.00 | 2.40 | 576.00 |
| 12/26/24 | BJM | Continue drafting brief in support of motion for summary judgment | 240.00 | 0.50 | 120.00 |

**Please remit payment to Crivello, Nichols & Hall, S.C. 710 N. Plankinton Ave., Suite 500, Milwaukee, WI 53203**

MILWAUKEE, WI    MADISON, WI    WAUWATOSA, WI   EAU CLAIRE, WI   MUKWONAGO, WI    CHICAGO, IL    PEORIA, IL    EDWARDSVILLE, IL
(414) 271-7722    (608) 819-8490    (414) 454-6860    (715) 598-1730    (262) 363-7720    (312) 523-2111   (309) 839-1946    (618) 655-0006

Case 2:22-cv-00970-PP    Filed 05/08/26    Page 15 of 45    Document 131-1

## Professional Services

| Date | Atty | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|

| 12/27/24 | BJM | Continue drafting brief in support of motion for summary judgment | 240.00 | 1.90 | 456.00 |

## Disbursements

**Please remit payment to Crivello, Nichols & Hall, S.C. 710 N. Plankinton Ave., Suite 500, Milwaukee, WI 53203**

MILWAUKEE, WI    MADISON, WI    WAUWATOSA, WI  EAU CLAIRE, WI   MUKWONAGO, WI    CHICAGO, IL    PEORIA, IL    EDWARDSVILLE, IL
(414) 271-7722   (608) 819-8490   (414) 454-6860   (715) 598-1730   (262) 363-7720   (312) 523-2111  (309) 839-1946  (618) 655-0006

**Date**     **Description**                                          **Amount**



**Total Fees and Disbursements**



# CRIVELLO
## NICHOLS & HALL, S.C.
### ATTORNEYS

710 N. Plankinton Ave, Suite 500
Milwaukee, WI 53203

Wisconsin Municipal Mutual Insurance Company

February 27, 2025

Bill Number 0100-217669

**BILLING SUMMARY**

For Legal Services Rendered  through 01/31/25

**Re:**    **0100-2201101 - BLAKE, JUSTIN V. KENOSHA COUNTY**
INSURED:  KENOSHA COUNTY; KENOSHA COUNTY SHERIFF'S DEPARTMENT;
KOPP, JENNIFER J.; BETH, DAVID G.; CARDAMONE, III, JOSEPH M.;
KERKMAN, SAMANTHA; WALIGORA, REGI
FILE NO:    GLKC00001480

Total Fees
Total Disbursements

**Total Fees and Disbursements**



**Please remit payment to Crivello, Nichols & Hall, S.C. 710 N. Plankinton Ave., Suite 500, Milwaukee, WI 53203**
MILWAUKEE, WI    MADISON, WI    WAUWATOSA, WI    EAU CLAIRE, WI    MUKWONAGO, WI    CHICAGO, IL    PEORIA, IL    EDWARDSVILLE, IL
(414) 271-7722    (608) 819-8490    (414) 454-6860    (715) 598-1730    (262) 363-7720    (312) 523-2111    (309) 839-1946    (618) 655-0006

Case 2:22-cv-00970-PP    Filed 05/08/26    Page 18 of 45    Document 131-1



CRIVELLO
NICHOLS & HALL, S.C.
ATTORNEYS

710 N. Plankinton Ave, Suite 500
Milwaukee, WI 53203

Wisconsin Municipal Mutual Insurance Company



February 27, 2025

Bill Number 0100-217669

**Re:** **0100-2201101 - BLAKE, JUSTIN V. KENOSHA COUNTY**
INSURED: KENOSHA COUNTY; KENOSHA COUNTY SHERIFF'S DEPAR
TMENT; KOPP, JENNIFER J.; BETH, DAVID G.; CARDAMONE, III, JOSEP
H M.; KERKMAN, SAMANTHA; WALIGORA, REGI
FILE NO: GLKC00001480

CONFIDENTIAL: THIS IS NOT A PUBLIC RECORD SUBJECT TO DISCLOSURE;
ATTORNEY-CLIENT PRIVILEGED; CONTAINS ATTORNEY WORK PRODUCT

### Professional Services

| Date | Atty | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| 01/02/25 | SCH | Continue drafting motion for summary judgment and supporting documents | 240.00 | 4.30 | 1,032.00 |

**Please remit payment to Crivello, Nichols & Hall, S.C. 710 N. Plankinton Ave., Suite 500, Milwaukee, WI 53203**

MILWAUKEE, WI   MADISON, WI   WAUWATOSA, WI   EAU CLAIRE, WI   MUKWONAGO, WI   CHICAGO, IL   PEORIA, IL   EDWARDSVILLE, IL
(414) 271-7722   (608) 819-8490   (414) 454-6860   (715) 598-1730   (262) 363-7720   (312) 523-2111   (309) 839-1946   (618) 655-0006

**Professional Services**

| Date | Atty | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| 01/03/25 | BJM | Continue drafting brief in support of motion for summary judgment | 240.00 | 4.60 | 1,104.00 |

**Please remit payment to Crivello, Nichols & Hall, S.C. 710 N. Plankinton Ave., Suite 500, Milwaukee, WI 53203**
MILWAUKEE, WI     MADISON, WI     WAUWATOSA, WI   EAU CLAIRE, WI   MUKWONAGO, WI     CHICAGO, IL        PEORIA, IL       EDWARDSVILLE, IL
(414) 271-7722    (608) 819-8490    (414) 454-6860    (715) 598-1730    (262) 363-7720    (312) 523-2111   (309) 839-1946    (618) 655-0006

Case 2:22-cv-00970-PP     Filed 05/08/26     Page 20 of 45     Document 131-1

## Professional Services

| Date | Atty | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| | | ███████████████ | | | |
| 01/03/25 | SCH | Continue drafting motion for summary judgment and supporting documents | 240.00 | 2.80 | 672.00 |
| | | ███████████████ | | | |
| | | ███████████████ | | | |
| 01/06/25 | BJM | Continue drafting brief in support of motion for summary judgment | 240.00 | 1.60 | 384.00 |
| | | ███████████████ | | | |

**Please remit payment to Crivello, Nichols & Hall, S.C. 710 N. Plankinton Ave., Suite 500, Milwaukee, WI 53203**

MILWAUKEE, WI      MADISON, WI      WAUWATOSA, WI   EAU CLAIRE, WI   MUKWONAGO, WI      CHICAGO, IL      PEORIA, IL      EDWARDSVILLE, IL
(414) 271-7722     (608) 819-8490     (414) 454-6860     (715) 598-1730     (262) 363-7720     (312) 523-2111  (309) 839-1946     (618) 655-0006

Case 2:22-cv-00970-PP    Filed 05/08/26    Page 21 of 45    Document 131-1

**Professional Services**

| Date | Atty | Description | Rate Hours | Amount |
|------|------|-------------|------------|--------|



**Please remit payment to Crivello, Nichols & Hall, S.C. 710 N. Plankinton Ave., Suite 500, Milwaukee, WI 53203**

MILWAUKEE, WI    MADISON, WI    WAUWATOSA, WI  EAU CLAIRE, WI   MUKWONAGO, WI    CHICAGO, IL      PEORIA, IL       EDWARDSVILLE, IL
(414) 271-7722   (608) 819-8490   (414) 454-6860   (715) 598-1730   (262) 363-7720   (312) 523-2111   (309) 839-1946   (618) 655-0006

## Professional Services

| Date | Atty | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| 01/07/25 | BJM | Continue drafting brief in support of motion for summary judgment | 240.00 | 1.30 | 312.00 |
| 01/08/25 | BJM | Continue drafting brief in support of motion for summary judgment | 240.00 | 3.40 | 816.00 |

**Please remit payment to Crivello, Nichols & Hall, S.C. 710 N. Plankinton Ave., Suite 500, Milwaukee, WI 53203**

| MILWAUKEE, WI | MADISON, WI | WAUWATOSA, WI | EAU CLAIRE, WI | MUKWONAGO, WI | CHICAGO, IL | PEORIA, IL | EDWARDSVILLE, IL |
|---|---|---|---|---|---|---|---|
| (414) 271-7722 | (608) 819-8490 | (414) 454-6860 | (715) 598-1730 | (262) 363-7720 | (312) 523-2111 | (309) 839-1946 | (618) 655-0006 |

**Professional Services**

| Date | Atty | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| | | | | | |
| | | | | | |
| 01/09/25 | BJM | Continue drafting brief in support of motion for summary judgment | 240.00 | 3.40 | 816.00 |
| | | | | | |

**Please remit payment to Crivello, Nichols & Hall, S.C. 710 N. Plankinton Ave., Suite 500, Milwaukee, WI 53203**

MILWAUKEE, WI     MADISON, WI     WAUWATOSA, WI     EAU CLAIRE, WI     MUKWONAGO, WI     CHICAGO, IL     PEORIA, IL     EDWARDSVILLE, IL
(414) 271-7722     (608) 819-8490     (414) 454-6860     (715) 598-1730     (262) 363-7720     (312) 523-2111     (309) 839-1946     (618) 655-0006

## Professional Services

| Date | Atty | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| | | █████████████████████████████████ | | | |
| 01/11/25 | BJM | Continue drafting brief in support of motion for summary judgment; research regarding failure to identify; begin analyzing and annotating deposition transcript of K. Bissonette for purposes of drafting proposed findings of fact | 240.00 | 2.80 | 672.00 |
| | | █████████████████████████████████ | | | |
| 01/13/25 | BJM | Continue drafting brief in support of motion for summary judgment | 240.00 | 0.80 | 192.00 |
| | | █████████████████████████████████ | | | |
| 01/14/25 | BJM | Continue drafting brief in support of motion for summary judgment | 240.00 | 9.20 | 2,208.00 |
| 01/14/25 | SM | Continue to work on brief supporting summary judgment, focusing on 1st Amendment arguments | 240.00 | 5.20 | 1,248.00 |
| 01/14/25 | SCH | Continue drafting motion for summary | 240.00 | 3.80 | 912.00 |

**Please remit payment to Crivello, Nichols & Hall, S.C. 710 N. Plankinton Ave., Suite 500, Milwaukee, WI 53203**

| MILWAUKEE, WI | MADISON, WI | WAUWATOSA, WI | EAU CLAIRE, WI | MUKWONAGO, WI | CHICAGO, IL | PEORIA, IL | EDWARDSVILLE, IL |
| (414) 271-7722 | (608) 819-8490 | (414) 454-6860 | (715) 598-1730 | (262) 363-7720 | (312) 523-2111 | (309) 839-1946 | (618) 655-0006 |

Case 2:22-cv-00970-PP     Filed 05/08/26     Page 25 of 45     Document 131-1

## Professional Services

| Date | Atty | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| | | judgment and supporting documents | | | |
| | | ████████████████████████████████ | | | |
| 01/15/25 | BJM | Continue drafting brief in support of motion for summary judgment | 240.00 | 4.70 | 1,128.00 |
| 01/15/25 | SCH | Continue drafting brief in support of summary judgment | 240.00 | 2.80 | 672.00 |
| | | ████████████████████████████████ | | | |
| | | ████████████████████████████████ | | | |
| 01/16/25 | BJM | Continue drafting brief in support of motion for summary judgment | 240.00 | 1.80 | 432.00 |
| | | ████████████████████████████████ | | | |

**Please remit payment to Crivello, Nichols & Hall, S.C. 710 N. Plankinton Ave., Suite 500, Milwaukee, WI 53203**

MILWAUKEE, WI      MADISON, WI      WAUWATOSA, WI   EAU CLAIRE, WI   MUKWONAGO, WI      CHICAGO, IL      PEORIA, IL      EDWARDSVILLE, IL
(414) 271-7722      (608) 819-8490      (414) 454-6860      (715) 598-1730      (262) 363-7720      (312) 523-2111   (309) 839-1946      (618) 655-0006

**Professional Services**

| Date | Atty | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| | | | | | |
| 01/17/25 | SM | Work on brief supporting MSJ | 240.00 | 1.70 | 408.00 |
| | | | | | |
| 01/17/25 | SCH | Continue drafting motion for summary judgment and supporting documents | 240.00 | 3.20 | 768.00 |

**Please remit payment to Crivello, Nichols & Hall, S.C. 710 N. Plankinton Ave., Suite 500, Milwaukee, WI 53203**

MILWAUKEE, WI     MADISON, WI     WAUWATOSA, WI  EAU CLAIRE, WI   MUKWONAGO, WI     CHICAGO, IL     PEORIA, IL       EDWARDSVILLE, IL
(414) 271-7722     (608) 819-8490    (414) 454-6860    (715) 598-1730    (262) 363-7720    (312) 523-2111  (309) 839-1946    (618) 655-0006

## Professional Services

| Date | Atty | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| | | ██████████████████ | | | |
| 01/18/25 | SM | Continue to work on brief supporting MSJ | 240.00 | 1.40 | 336.00 |
| 01/19/25 | BJM | Continue drafting brief in support of motion for summary judgment | 240.00 | 5.90 | 1,416.00 |
| 01/19/25 | SM | Continue to work on brief supporting MSJ | 240.00 | 3.30 | 792.00 |
| ████████████████████████████████████████ | | | | | |
| 01/20/25 | BJM | Continue drafting brief in support of motion for summary judgment | 240.00 | 5.90 | 1,416.00 |
| ████████████████████████████████████████ | | | | | |
| 01/20/25 | SM | Continue to work on brief supporting MSJ and Proposed Findings of Fact | 240.00 | 3.20 | 768.00 |
| 01/20/25 | SCH | Complete drafting motion for summary judgment and supporting documents | 240.00 | 6.30 | 1,512.00 |

**Please remit payment to Crivello, Nichols & Hall, S.C. 710 N. Plankinton Ave., Suite 500, Milwaukee, WI 53203**

MILWAUKEE, WI    MADISON, WI    WAUWATOSA, WI  EAU CLAIRE, WI   MUKWONAGO, WI    CHICAGO, IL      PEORIA, IL      EDWARDSVILLE, IL
(414) 271-7722    (608) 819-8490    (414) 454-6860    (715) 598-1730    (262) 363-7720    (312) 523-2111  (309) 839-1946    (618) 655-0006

**Professional Services**

| Date | Atty | Description | Rate Hours | Amount |
|------|------|-------------|------------|--------|



**Please remit payment to Crivello, Nichols & Hall, S.C. 710 N. Plankinton Ave., Suite 500, Milwaukee, WI 53203**

MILWAUKEE, WI      MADISON, WI      WAUWATOSA, WI   EAU CLAIRE, WI   MUKWONAGO, WI      CHICAGO, IL      PEORIA, IL      EDWARDSVILLE, IL
(414) 271-7722     (608) 819-8490    (414) 454-6860    (715) 598-1730    (262) 363-7720     (312) 523-2111   (309) 839-1946   (618) 655-0006

**Professional Services**

| Date | Atty | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|



| Atty | | | Rate | Hours | Amount |
|------|--|--|------|-------|--------|

**Disbursements**

| Date | Description | Amount |
|------|-------------|--------|

**Please remit payment to Crivello, Nichols & Hall, S.C. 710 N. Plankinton Ave., Suite 500, Milwaukee, WI 53203**

MILWAUKEE, WI     MADISON, WI     WAUWATOSA, WI   EAU CLAIRE, WI   MUKWONAGO, WI     CHICAGO, IL     PEORIA, IL     EDWARDSVILLE, IL
(414) 271-7722     (608) 819-8490     (414) 454-6860     (715) 598-1730     (262) 363-7720     (312) 523-2111   (309) 839-1946     (618) 655-0006

**Disbursements**

| Date | Description | Amount |
|------|-------------|--------|



Total Fees
Total Disbursements

**Total Fees and Disbursements**



# CRIVELLO
## NICHOLS & HALL, S.C.
### ATTORNEYS

710 N. Plankinton Ave, Suite 500
Milwaukee, WI 53203

---

Wisconsin Municipal Mutual Insurance Company

Bill Number 0100-221149

**BILLING SUMMARY**

For Legal Services Rendered  through 04/30/25

**Re:**     **0100-2201101 - BLAKE, JUSTIN V. KENOSHA COUNTY**
INSURED:  KENOSHA COUNTY; KENOSHA COUNTY SHERIFF'S DEPARTMENT;
KOPP, JENNIFER J.; BETH, DAVID G.; CARDAMONE, III, JOSEPH M.;
KERKMAN, SAMANTHA; WALIGORA, REGI
FILE NO:   GLKC00001480



Total Fees
Total Disbursements

**Total Fees and Disbursements**

**Please remit payment to Crivello, Nichols & Hall, S.C. 710 N. Plankinton Ave., Suite 500, Milwaukee, WI 53203**

MILWAUKEE, WI     MADISON, WI     WAUWATOSA, WI     EAU CLAIRE, WI     MUKWONAGO, WI     CHICAGO, IL     PEORIA, IL     EDWARDSVILLE, IL
(414) 271-7722     (608) 819-8490     (414) 454-6860     (715) 598-1730     (262) 363-7720     (312) 523-2111   (309) 839-1946     (618) 655-0006



# CRIVELLO
## NICHOLS & HALL, S.C.
### ATTORNEYS

710 N. Plankinton Ave, Suite 500
Milwaukee, WI 53203

---

Wisconsin Municipal Mutual Insurance Company

May 21 2025

Bill Number 0100-221149

**Re:** **0100-2201101 - BLAKE, JUSTIN V. KENOSHA COUNTY**
INSURED: KENOSHA COUNTY; KENOSHA COUNTY SHERIFF'S DEPAR
TMENT; KOPP, JENNIFER J.; BETH, DAVID G.; CARDAMONE, III, JOSEP
H M.; KERKMAN, SAMANTHA; WALIGORA, REGI
FILE NO: GLKC00001480

CONFIDENTIAL: THIS IS NOT A PUBLIC RECORD SUBJECT TO DISCLOSURE;
ATTORNEY-CLIENT PRIVILEGED; CONTAINS ATTORNEY WORK PRODUCT

### Professional Services

| Date | Atty | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|



**Please remit payment to Crivello, Nichols & Hall, S.C. 710 N. Plankinton Ave., Suite 500, Milwaukee, WI 53203**

| MILWAUKEE, WI | MADISON, WI | WAUWATOSA, WI | EAU CLAIRE, WI | MUKWONAGO, WI | CHICAGO, IL | PEORIA, IL | EDWARDSVILLE, IL |
|---|---|---|---|---|---|---|---|
| (414) 271-7722 | (608) 819-8490 | (414) 454-6860 | (715) 598-1730 | (262) 363-7720 | (312) 523-2111 | (309) 839-1946 | (618) 655-0006 |

## Professional Services

| Date | Atty | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| 04/16/25 | SM | Begin to analyze Plaintiff's response brief opposing our Motion for Summary Judgment  and accompanying Proposed Findings of Facts and begin to draft reply brief supporting our Motion for Summary Judgment  and our response to Plaintiff's Proposed Findings of Fact | 240.00 | 6.60 | 1,584.00 |
| 04/18/25 | BJM | Begin analyzing and annotating plaintiff's response to motion for summary judgment | 240.00 | 1.10 | 264.00 |
| 04/21/25 | BJM | Begin drafting reply brief in support of motion for summary judgment | 240.00 | 1.80 | 432.00 |

**Please remit payment to Crivello, Nichols & Hall, S.C. 710 N. Plankinton Ave., Suite 500, Milwaukee, WI 53203**

MILWAUKEE, WI     MADISON, WI      WAUWATOSA, WI   EAU CLAIRE, WI    MUKWONAGO, WI      CHICAGO, IL       PEORIA, IL       EDWARDSVILLE, IL
(414) 271-7722    (608) 819-8490   (414) 454-6860   (715) 598-1730    (262) 363-7720     (312) 523-2111   (309) 839-1946    (618) 655-0006

## Professional Services

| Date | Atty | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| | | | | | |
| 04/22/25 | BJM | Continue developing strategy regarding potential motion to strike and for sanctions | 240.00 | 0.40 | 96.00 |
| | | | | | |
| 04/23/25 | BJM | Research regarding court's interpretation of sanctions statute | 240.00 | 0.20 | 48.00 |
| 04/23/25 | BJM | Continue drafting reply in support of motion for summary judgment | 240.00 | 0.90 | 216.00 |
| | | | | | |
| | | | | | |
| 04/24/25 | BJM | Continue drafting reply brief in support of motion for summary judgment | 240.00 | 1.90 | 456.00 |
| 04/24/25 | BJM | Continue research regarding potential motion for sanctions; analyze court specific procedures and rules; begin drafting motion for sanctions and supporting brief | 240.00 | 3.90 | 936.00 |
| 04/25/25 | BJM | Continue drafting reply brief in support of motion for summary judgment | 240.00 | 4.50 | 1,080.00 |
| | | | | | |

**Please remit payment to Crivello, Nichols & Hall, S.C. 710 N. Plankinton Ave., Suite 500, Milwaukee, WI 53203**

MILWAUKEE, WI    MADISON, WI    WAUWATOSA, WI    EAU CLAIRE, WI    MUKWONAGO, WI    CHICAGO, IL    PEORIA, IL    EDWARDSVILLE, IL
(414) 271-7722    (608) 819-8490    (414) 454-6860    (715) 598-1730    (262) 363-7720    (312) 523-2111    (309) 839-1946    (618) 655-0006

## Professional Services

| Date | Atty | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| ███████ | | | | | |
| 04/28/25 | BJM | Continue drafting reply brief in support of motion for summary judgment | 240.00 | 6.10 | 1,464.00 |
| 04/28/25 | BJM | Continue drafting brief in support of motion for sanctions | 240.00 | 2.20 | 528.00 |
| ███████ | | | | | |
| 04/28/25 | SM | Work on reply brief | 240.00 | 1.20 | 288.00 |
| 04/28/25 | SM | Work on brief supporting sanctions for discovery violation and last minute abandonment of claims by Plaintiff's counsel | 240.00 | 1.90 | 456.00 |
| 04/29/25 | BJM | Continue drafting reply brief in support of motion for summary judgment | 240.00 | 1.90 | 456.00 |
| 04/29/25 | BJM | Continue drafting brief in support of motion to strike and for sanctions | 240.00 | 1.60 | 384.00 |
| ███████ | | | | | |

**Please remit payment to Crivello, Nichols & Hall, S.C. 710 N. Plankinton Ave., Suite 500, Milwaukee, WI 53203**

MILWAUKEE, WI     MADISON, WI     WAUWATOSA, WI   EAU CLAIRE, WI   MUKWONAGO, WI     CHICAGO, IL     PEORIA, IL     EDWARDSVILLE, IL
(414) 271-7722     (608) 819-8490     (414) 454-6860     (715) 598-1730     (262) 363-7720     (312) 523-2111   (309) 839-1946     (618) 655-0006

Case 2:22-cv-00970-PP     Filed 05/08/26     Page 36 of 45     Document 131-1

**Professional Services**

| Date | Atty | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| | | ██████████████████████████████ | | | |
| 04/29/25 | SM | Work on reply brief | 240.00 | 2.60 | 624.00 |
| 04/29/25 | SM | Work on brief supporting motion for sanctions | 240.00 | 2.30 | 552.00 |
| 04/29/25 | SM | Work on responses to Plaintiff's Proposed Findings of Fact and objections to significant mis-citations of the record | 240.00 | 5.10 | 1,224.00 |
| | | ██████████████████████████████ | | | |
| 04/29/25 | SCM | Continue drafting brief in support of motion for sanctions against plaintiff's counsel | 240.00 | 1.20 | 288.00 |
| | | ██████████████████████████████ | | | |

| Atty | | Rate | Hours | Amount |
|------|--|------|-------|--------|
| ██████████████████████████████ | | | | |

**Please remit payment to Crivello, Nichols & Hall, S.C. 710 N. Plankinton Ave., Suite 500, Milwaukee, WI 53203**
MILWAUKEE, WI     MADISON, WI     WAUWATOSA, WI   EAU CLAIRE, WI   MUKWONAGO, WI     CHICAGO, IL     PEORIA, IL     EDWARDSVILLE, IL
(414) 271-7722     (608) 819-8490     (414) 454-6860     (715) 598-1730     (262) 363-7720     (312) 523-2111   (309) 839-1946   (618) 655-0006

| Atty | Rate | Hours | Amount |
|------|------|-------|--------|
| ████████████████████████████████████ | | | |

Total Fees
Total Disbursements

**Total Fees and Disbursements**

**Please remit payment to Crivello, Nichols & Hall, S.C. 710 N. Plankinton Ave., Suite 500, Milwaukee, WI 53203**

MILWAUKEE, WI    MADISON, WI    WAUWATOSA, WI   EAU CLAIRE, WI   MUKWONAGO, WI    CHICAGO, IL    PEORIA, IL    EDWARDSVILLE, IL

(414) 271-7722    (608) 819-8490    (414) 454-6860    (715) 598-1730    (262) 363-7720    (312) 523-2111   (309) 839-1946    (618) 655-0006



CRIVELLO
NICHOLS & HALL, S.C.
ATTORNEYS

710 N. Plankinton Ave, Suite 500
Milwaukee, WI 53203

---

Wisconsin Municipal Mutual Insurance Company



June 17, 2025

Bill Number 0100-222010

## BILLING SUMMARY

For Legal Services Rendered  through 05/31/25

**Re:**    **0100-2201101 - BLAKE, JUSTIN V. KENOSHA COUNTY**
INSURED:  KENOSHA COUNTY; KENOSHA COUNTY SHERIFF'S DEPARTMENT;
KOPP, JENNIFER J.; BETH, DAVID G.; CARDAMONE, III, JOSEPH M.;
KERKMAN, SAMANTHA; WALIGORA, REGI
FILE NO:    GLKC00001480

Total Fees
Total Disbursements



**Total Fees and Disbursements**

---

**Please remit payment to Crivello, Nichols & Hall, S.C. 710 N. Plankinton Ave., Suite 500, Milwaukee, WI 53203**

MILWAUKEE, WI     MADISON, WI     WAUWATOSA, WI   EAU CLAIRE, WI   MUKWONAGO, WI     CHICAGO, IL     PEORIA, IL     EDWARDSVILLE, IL
(414) 271-7722     (608) 819-8490     (414) 454-6860     (715) 598-1730     (262) 363-7720     (312) 523-2111   (309) 839-1946     (618) 655-0006



# CRIVELLO
## NICHOLS & HALL, S.C.
### ATTORNEYS

710 N. Plankinton Ave, Suite 500
Milwaukee, WI 53203

Wisconsin Municipal Mutual Insurance Company

June 17, 2025

Bill Number 0100-222010

**Re:** **0100-2201101 - BLAKE, JUSTIN V. KENOSHA COUNTY**
INSURED: KENOSHA COUNTY; KENOSHA COUNTY SHERIFF'S DEPARTMENT; KOPP, JENNIFER J.; BETH, DAVID G.; CARDAMONE, III, JOSEPH M.; KERKMAN, SAMANTHA; WALIGORA, REGI
FILE NO: GLKC00001480

CONFIDENTIAL: THIS IS NOT A PUBLIC RECORD SUBJECT TO DISCLOSURE; ATTORNEY-CLIENT PRIVILEGED; CONTAINS ATTORNEY WORK PRODUCT

### Professional Services

| Date | Atty | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| | |  | | | |
| 05/20/25 | BJM | Analyze plaintiff's response to motion for sanctions and begin developing strategy regarding reply arguments | 240.00 | 0.80 | 192.00 |

**Please remit payment to Crivello, Nichols & Hall, S.C. 710 N. Plankinton Ave., Suite 500, Milwaukee, WI 53203**

MILWAUKEE, WI    MADISON, WI    WAUWATOSA, WI  EAU CLAIRE, WI   MUKWONAGO, WI       CHICAGO, IL       PEORIA, IL      EDWARDSVILLE, IL
(414) 271-7722   (608) 819-8490   (414) 454-6860   (715) 598-1730   (262) 363-7720   (312) 523-2111  (309) 839-1946   (618) 655-0006

Case 2:22-cv-00970-PP     Filed 05/08/26     Page 40 of 45     Document 131-1

## Professional Services

| Date | Atty | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| 05/20/25 | SM | Begin to analyze Plaintiff's 31 page response to our motion for sanctions and formulate strategy for our reply to the same | 240.00 | 1.40 | 336.00 |
| 05/21/25 | BJM | Continue developing strategy regarding reply in support of motion for sanctions | 240.00 | 0.50 | 120.00 |
| 05/21/25 | SM | Analyze Plaintiff's brief opposing our motion to strike and for sanctions and request that court impose sanctions sua sponte and study cases referenced in brief | 240.00 | 3.60 | 864.00 |
| 05/22/25 | BJM | Begin drafting reply brief in support of motion to strike and for sanctions | 240.00 | 0.90 | 216.00 |

| Atty | | Rate | Hours | Amount |
|------|--|------|-------|--------|
| ██████████████████████████████████████████████ | | | | |

Total Fees
Total Disbursements

**Total Fees and Disbursements**

**Please remit payment to Crivello, Nichols & Hall, S.C. 710 N. Plankinton Ave., Suite 500, Milwaukee, WI 53203**

MILWAUKEE, WI     MADISON, WI          WAUWATOSA, WI  EAU CLAIRE, WI    MUKWONAGO, WI          CHICAGO, IL          PEORIA, IL          EDWARDSVILLE, IL
(414) 271-7722     (608) 819-8490      (414) 454-6860     (715) 598-1730      (262) 363-7720          (312) 523-2111   (309) 839-1946     (618) 655-0006

Case 2:22-cv-00970-PP     Filed 05/08/26     Page 41 of 45     Document 131-1



# CRIVELLO
## NICHOLS & HALL, S.C.
### ATTORNEYS

710 N. Plankinton Ave, Suite 500
Milwaukee, WI 53203

---

Wisconsin Municipal Mutual Insurance Company

 July 21, 2025

Bill Number 0100-223360

**BILLING SUMMARY**

For Legal Services Rendered  through 06/30/25

**Re:**    **0100-2201101 - BLAKE, JUSTIN V. KENOSHA COUNTY**
INSURED:  KENOSHA COUNTY; KENOSHA COUNTY SHERIFF'S DEPARTMENT;
KOPP, JENNIFER J.; BETH, DAVID G.; CARDAMONE, III, JOSEPH M.;
KERKMAN, SAMANTHA; WALIGORA, REGI
FILE NO:   GLKC00001480

Total Fees
Total Disbursements

**Total Fees and Disbursements**

---

**Please remit payment to Crivello, Nichols & Hall, S.C. 710 N. Plankinton Ave., Suite 500, Milwaukee, WI 53203**

| MILWAUKEE, WI | MADISON, WI | WAUWATOSA, WI | EAU CLAIRE, WI | MUKWONAGO, WI | CHICAGO, IL | PEORIA, IL | EDWARDSVILLE, IL |
|---|---|---|---|---|---|---|---|
| (414) 271-7722 | (608) 819-8490 | (414) 454-6860 | (715) 598-1730 | (262) 363-7720 | (312) 523-2111 | (309) 839-1946 | (618) 655-0006 |



**C RIVELLO**
NICHOLS & HALL, S.C.
ATTORNEYS

710 N. Plankinton Ave, Suite 500
Milwaukee, WI 53203

Wisconsin Municipal Mutual Insurance Company

████████████

Bill Number 0100-223360

**Re:** **0100-2201101 - BLAKE, JUSTIN V. KENOSHA COUNTY**
INSURED: KENOSHA COUNTY; KENOSHA COUNTY SHERIFF'S DEPAR
TMENT; KOPP, JENNIFER J.; BETH, DAVID G.; CARDAMONE, III, JOSEP
H M.; KERKMAN, SAMANTHA; WALIGORA, REGI
FILE NO: GLKC00001480

CONFIDENTIAL: THIS IS NOT A PUBLIC RECORD SUBJECT TO DISCLOSURE;
ATTORNEY-CLIENT PRIVILEGED; CONTAINS ATTORNEY WORK PRODUCT

### Professional Services

| Date | Atty | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| 06/02/25 | BJM | Continue drafting reply brief in support of motion for sanctions | 240.00 | 2.40 | 576.00 |
| 06/03/25 | BJM | Continue drafting reply brief in support of motion to strike and for sanctions | 240.00 | 2.60 | 624.00 |
| 06/03/25 | SCH | Complete drafting reply brief in support of motion to strike and sanctions | 240.00 | 1.30 | 312.00 |
| 06/03/25 | SM | Revise and supplement reply brief supporting motion to strike and for sanctions | 240.00 | 1.20 | 288.00 |

**Please remit payment to Crivello, Nichols & Hall, S.C. 710 N. Plankinton Ave., Suite 500, Milwaukee, WI 53203**

MILWAUKEE, WI   MADISON, WI   WAUWATOSA, WI   EAU CLAIRE, WI   MUKWONAGO, WI   CHICAGO, IL   PEORIA, IL   EDWARDSVILLE, IL
(414) 271-7722   (608) 819-8490   (414) 454-6860   (715) 598-1730   (262) 363-7720   (312) 523-2111   (309) 839-1946   (618) 655-0006

Case 2:22-cv-00970-PP   Filed 05/08/26   Page 43 of 45   Document 131-1

**Professional Services**

| Date | Atty | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|



**Please remit payment to Crivello, Nichols & Hall, S.C. 710 N. Plankinton Ave., Suite 500, Milwaukee, WI 53203**

| MILWAUKEE, WI | MADISON, WI | WAUWATOSA, WI | EAU CLAIRE, WI | MUKWONAGO, WI | CHICAGO, IL | PEORIA, IL | EDWARDSVILLE, IL |
|---|---|---|---|---|---|---|---|
| (414) 271-7722 | (608) 819-8490 | (414) 454-6860 | (715) 598-1730 | (262) 363-7720 | (312) 523-2111 | (309) 839-1946 | (618) 655-0006 |

## Professional Services

| Date | Atty | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| ██████████████████████████████████████████████████████████████ | | | | | |

| Atty | | Rate | Hours | Amount |
|------|--|------|-------|--------|
| ██████████████████████████████████████████████████████████████ | | | | |

## Disbursements

| Date | Description | Amount |
|------|-------------|--------|
| ██████████████████████████████████████████████████████████████ | | |

|  | Total Fees | ████████ |
|--|-----------|---------|
|  | Total Disbursements | |
| **Total Fees and Disbursements** | | |



**Please remit payment to Crivello, Nichols & Hall, S.C. 710 N. Plankinton Ave., Suite 500, Milwaukee, WI 53203**

MILWAUKEE, WI    MADISON, WI    WAUWATOSA, WI   EAU CLAIRE, WI    MUKWONAGO, WI    CHICAGO, IL    PEORIA, IL    EDWARDSVILLE, IL
(414) 271-7722    (608) 819-8490    (414) 454-6860    (715) 598-1730    (262) 363-7720    (312) 523-2111    (309) 839-1946    (618) 655-0006